IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHARD WALKER,

    Plaintiff,

v.

                                Case No: 3:20-cv-773

ALLIANCE OUTDOOR GROUP, INC.
And ALLIANCE OUTDOORS
PRODUCTS, INC., d/b/a X-STAND
TREESTANDS,

    Defendants.

---

## DEFENDANTS ALLIANCE OUTDOOR GROUP, INC. AND ALLIANCE OUTDOORS PRODUCTS, INC.'S MOTION *IN LIMINE* TO EXCLUDE ADVERSE STATEMENTS OR INFERENCES CONCERNING THE SUBJECT TREESTAND BEING MANUFACTURED IN CHINA

Defendants Alliance Outdoor Group, Inc. and Alliance Outdoor Products, Inc. (collectively "Defendants"), by counsel, move to exclude any adverse statements or inferences concerning the subject treestand being manufactured in China at the trial of this matter for the reasons set forth in the accompanying Memorandum of Law.

Dated: October 18, 2021                    Respectfully submitted,

                                                   */s/ Barry B. Sutton*
                                                   Barry B. Sutton, *Admitted PHV*
                                                   Steven D. Brock, *Admitted PHV*
                                                   Attorney for Alliance Outdoor Group, Inc. and
                                                   Alliance Outdoors Products, Inc. d/b/a X-Stand
                                                   Treestands
                                                   CLARK HILL PLC
                                                   151 South Old Woodward, Suite 200
                                                   Birmingham, MI 48009
                                                   bsutton@clarkhill.com
                                                   sbrock@clarkhill.com
                                                   Sutton Phone: (313) 964-8577
                                                   Brock Phone:  (248) 988-1811

/s/ Nathan H. Schnetzler
Nathan H. Schnetzler
Virginia State Bar #: 86437
Sean C. Workowski
Virginia State Bar #: 36120
Attorney for Alliance Outdoor Group, Inc. and Alliance Outdoors Products, Inc. d/b/a X-Stand Treestands
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
Roanoke, Virginia 24011
Phone: (540) 772-4600
Fax: (540) 772-9167
Email: nschnetzler@faplawfirm.com
sworkowski@faplawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Nathan H. Schnetzler*
*Of Counsel*