# EXHIBIT A



# Transcript of William Dickinson

**Date:** July 30, 2021
**Case:** Walker -v- Alliance Outdoor Group, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          some of that control, then you could bulge the side
2          of your tube in the wrong direction.
3     Q.   So you agree with me that that damage is indicative
4          of bending of that column -- or bending of that
5          tube?
6     A.   Yes.  But I think it's potentially from the
7          manufacturing bending, and the fact that they were
8          controlling all of those other surfaces that we see
9          are flat, and those remained flat and straight and
10         at 90 degrees, and that this one for some reason
11         was not controlled and was allowed to bulge.
12    Q.   Do you know the manufacturing process used?
13    A.   I know the manufacturing process for bending
14         tubing, and the dyes and things and machines that
15         are used for that.  Precisely what this company was
16         using, their brand and things, I don't know.
17    Q.   They typically have fixtures, do they not?
18    A.   They do.
19    Q.   And the fixtures replace the tubing to the
20         fixtures, which prevents it from bulging in the way
21         --
22    A.   Well, you're using --