IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHARD WALKER,

    Plaintiff,

v.

                                    Case No: 3:20-cv-773

ALLIANCE OUTDOOR GROUP, INC.
And ALLIANCE OUTDOORS
PRODUCTS, INC., d/b/a X-STAND
TREESTANDS,

    Defendants.

---

## DEFENDANTS ALLIANCE OUTDOOR GROUP, INC. AND ALLIANCE OUTDOORS PRODUCTS, INC.'S MOTION *IN LIMINE* TO EXCLUDE ANY REFERENCE TO ANY RECALL

Defendants Alliance Outdoor Group, Inc. and Alliance Outdoor Products, Inc. (collectively "Defendants"), by counsel, move to exclude any reference to any recall at the trial of this matter for the reasons set forth in the accompanying Memorandum of Law.

Dated: October 18, 2021                Respectfully submitted,

                                                */s/ Barry B. Sutton*
                                                Barry B. Sutton, *Admitted PHV*
                                                Steven D. Brock, *Admitted PHV*
                                                Attorney for Alliance Outdoor Group, Inc. and
                                                Alliance Outdoors Products, Inc. d/b/a X-Stand
                                                Treestands
                                                CLARK HILL PLC
                                                151 South Old Woodward, Suite 200
                                                Birmingham, MI 48009
                                                bsutton@clarkhill.com
                                                sbrock@clarkhill.com
                                                Sutton Phone: (313) 964-8577
                                                Brock Phone: (248) 988-1811

/s/Nathan H. Schnetzler
Nathan H. Schnetzler
Virginia State Bar #: 86437
Sean C. Workowski
Virginia State Bar #: 36120
Attorney for Alliance Outdoor Group, Inc. and
Alliance Outdoors Products, Inc. d/b/a X-Stand
Treestands
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
Roanoke, Virginia  24011
Phone:  (540) 772-4600
Fax:  (540) 772-9167
Email:   nschnetzler@faplawfirm.com
         sworkowski@faplawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

>  /s/ Nathan H. Schnetzler
>  *Of Counsel*

1216.0001\NHS
4817-8461-3375 .v1