IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHARD WALKER,

    Plaintiff,

v.

                                  Case No: 3:20-cv-773

ALLIANCE OUTDOOR GROUP, INC.
And ALLIANCE OUTDOORS
PRODUCTS, INC., d/b/a X-STAND
TREESTANDS,

    Defendants.

---

## **DEFENDANTS ALLIANCE OUTDOOR GROUP, INC. AND ALLIANCE OUTDOORS PRODUCTS, INC.'S MOTION *IN LIMINE* TO PRECLUDE POST-SALE EVIDENCE**

Defendants Alliance Outdoor Group, Inc. and Alliance Outdoor Products, Inc. (collectively "Defendants"), by counsel, move to exclude any post-sale evidence at the trial of this matter for the reasons set forth in the accompanying Memorandum of Law.

Dated: October 18, 2021                        Respectfully submitted,

                                                */s/ Barry B. Sutton*
                                                Barry B. Sutton, *Admitted PHV*
                                                Steven D. Brock, *Admitted PHV*
                                                Attorney for Alliance Outdoor Group, Inc. and
                                                Alliance Outdoors Products, Inc. d/b/a X-Stand
                                                Treestands
                                                CLARK HILL PLC
                                                151 South Old Woodward, Suite 200
                                                Birmingham, MI 48009
                                                bsutton@clarkhill.com
                                                sbrock@clarkhill.com
                                                Sutton Phone: (313) 964-8577
                                                Brock Phone: (248) 988-1811

/s/ Nathan H. Schnetzler
Nathan H. Schnetzler
Virginia State Bar #: 86437
Sean C. Workowski
Virginia State Bar #: 36120
Attorney for Alliance Outdoor Group, Inc. and Alliance Outdoors Products, Inc. d/b/a X-Stand Treestands
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
Roanoke, Virginia 24011
Phone: (540) 772-4600
Fax: (540) 772-9167
Email: nschnetzler@faplawfirm.com
sworkowski@faplawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                */s/ Nathan H. Schnetzler*
                                                        *Of Counsel*