IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHARD WALKER,

    Plaintiff,

v.

Case No: 3:20-cv-773

ALLIANCE OUTDOOR GROUP, INC.
And ALLIANCE OUTDOORS
PRODUCTS, INC., d/b/a X-STAND
TREESTANDS,

    Defendants.

## DEFENDANTS ALLIANCE OUTDOOR GROUP, INC. AND ALLIANCE OUTDOORS PRODUCTS, INC.'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO OSHA AND MACHINERY HANDBOOK PURPORTED "STANDARDS"

Defendants Alliance Outdoor Group, Inc. and Alliance Outdoor Products, Inc. (collectively "Defendants"), by counsel, move to exclude any reference to Occupational Safety and Health Administration ("OSHA") and the *Machinery Handbook* purported standards at the trial of this matter for the reasons set forth in the accompanying Memorandum of Law.

Dated: October 18, 2021

Respectfully submitted,

/s/ *Barry B. Sutton*
Barry B. Sutton, *Admitted PHV*
Steven D. Brock, *Admitted PHV*
Attorney for Alliance Outdoor Group, Inc. and
Alliance Outdoors Products, Inc. d/b/a X-Stand
Treestands
CLARK HILL PLC
151 South Old Woodward, Suite 200
Birmingham, MI 48009
bsutton@clarkhill.com
sbrock@clarkhill.com
Sutton Phone: (313) 964-8577
Brock Phone: (248) 988-1811

/s/Nathan H. Schnetzler
FRITH ANDERSON + PEAKE, P.C.
Sean C. Workowski (USB No. 36120)
Nathan H. Schnetzler (USB No. 86437)
29 Franklin Road, SW
Roanoke, Virginia 24006-1240
Telephone: (540) 772-4600
Facsimile:  (540) 772-9167
sworkowski@faplawfirm.com
nschnetzler@faplawfirm.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                      */s/ Nathan H. Schnetzler*
                                                            *Of Counsel*