# EXHIBIT 2



# Transcript of William Dickinson

**Date:** July 30, 2021
**Case:** Walker -v- Alliance Outdoor Group, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1    have been referenced in the report also.  I also
2    reference the Occupational Safety and Health
3    Administration's standard on wire rope selection
4    and installation criteria, 1926.1414.
5         All of those are in pretty much agreement of a
6    standard of a factor of safety of 5, and they're in
7    agreement with minimum strength of the wire rope
8    that I used in my analysis.
9  Q.  Where in the --
10 A.  The ASTM standards, I don't think they have a
11     factor of safety listed into them.  They talk about
12     the strength of the wire ropes and stuff, and I
13     think they talk about the criteria for
14     specifications for wire rope.  They talk about how
15     wire rope should be inspected.  How it should be
16     utilized.  But I don't think that they use the
17     words design factor or factor of safety in there.
18 Q.  Now, the two other references that you gave was one
19     from OSHA, Occupational Safety and Health
20     Administration, right?
21 A.  Correct.
22 Q.  And that is an act that's adopted by individual

1         states; is that right?
2    A.   Yeah.  There is Indiana OSHA and other states,
3         yeah.
4    Q.   And OSHA is applicable to workplace injuries --
5    A.   Correct.
6    Q.   -- not hunting products, right?
7    A.   It is not, but it still establishes the industry
8         standard.
9    Q.   In fact, the OSHA regulations do not in any way,
10        shape, or form reference treestands?
11   A.   Not that I'm aware of.
12   Q.   They've never used the word treestand, as far as
13        you know, right?
14   A.   As far as I know.  They do work at height and they
15        are concerned with heights.  They have safety
16        protocol for harnesses and things that are very
17        similar to what's used in treestands.  In fact, I
18        think the original treestand harnesses that were
19        designed were mimics of what was being used in OSHA
20        and on industrial construction sites.
21   Q.   In fact, OSHA specifically accepts, from its
22        application, activities that aren't involved in the

1           workplace.  You're aware of that, right?
2      A.   Say that again.
3      Q.   It accepts, from its application -- in other words,
4           the scope of OSHA accepts, from its application,
5           any things that aren't included in the workplace,
6           right?
7      A.   It is written to provide safe workplaces.  It's not
8           specifically applicable to treestands or
9           recreational, but it does establish or help
10          establish the industrial standards.
11     Q.   Well, you're aware that OSHA was never referenced
12          by the TMS in any of its standards?
13     A.   It was not.
14     Q.   It was never referenced by ASTM in any of its
15          treestands?
16     A.   It was not.
17     Q.   You also talk about the Machinery Handbook when you
18          talk about factors of safety used in the Machinery
19          Handbook?
20     A.   Yes.
21     Q.   And you indicate that the Machinery Handbook
22          suggests that the factor of safety should be 5.

1  A.  Yes.
2  Q.  Now, the Machinery Handbook itself also does not
3      state that it implies in any way, shape, or form to
4      treestands.
5  A.  No.  It applies to design.  And, in fact, sections
6      I'm referring to apply to wire rope design.  The
7      treestand, one of the main components of this
8      treestand is wire rope design.  And a designer
9      trying to design a safe product can't live in a
10     vacuum and say, well, as long as I meet the
11     standard, no matter what I'm using in here, no
12     matter how susceptible it is to corrosion, no
13     matter how much bending and other things affect it,
14     as long as I can meet the standard, I've produced a
15     safe product.
16          They have to do their homework.  They have to
17     do their design.  And these are standards, these
18     are books, references that engineers use in the
19     design of products, and that an engineer uses to
20     design a safe product to make sure their product is
21     not going to fail.
22 Q.  You're not suggesting, sir, are you, that ASTM