# EXHIBIT 3

By Standard Number  /  1926.1414 - Wire rope--selection and installation criteria.

- **Part Number:**        1926
- **Part Number Title:**  Safety and Health Regulations for Construction
- **Subpart:**            1926 Subpart CC
- **Subpart Title:**      Cranes and Derricks in Construction
- **Standard Number:**    1926.1414
- **Title:**              Wire rope--selection and installation criteria.
- **GPO Source:**         e-CFR

1926.1414(a)

Original equipment wire rope and replacement wire rope must be selected and installed in accordance with the requirements of this section. Selection of replacement wire rope must be in accordance with the recommendations of the wire rope manufacturer, the equipment manufacturer, or a qualified person.

1926.1414(b)

*Wire rope design criteria:* Wire rope (other than rotation resistant rope) must comply with either Option (1) or Option (2) of this section, as follows:

1926.1414(b)(1)

*Option (1).* Wire rope must comply with section 5-1.7.1 of ASME B30.5-2004 (incorporated by reference, *see* § 1926.6) except that section's paragraph (c) must not apply.

1926.1414(b)(2)

*Option (2).* Wire rope must be designed to have, in relation to the equipment's rated capacity, a sufficient minimum breaking force and design factor so that compliance with the applicable inspection provisions in § 1926.1413 will be an effective means of preventing sudden rope failure.

1926.1414(c)

Wire rope must be compatible with the safe functioning of the equipment.

1926.1414(d)

*Boom hoist reeving.*

1926.1414(d)(1)

Fiber core ropes must not be used for boom hoist reeving, except for derricks.

1926.1414(d)(2)

Rotation resistant ropes must be used for boom hoist reeving only where the requirements of paragraph (e)(4)(ii) of this section are met.

1926.1414(e)

*Rotation resistant ropes.*

1926.1414(e)(1)

*Definitions*.

1926.1414(e)(1)(i)

*Type I rotation resistant wire rope ("Type I")*. Type I rotation resistant rope is stranded rope constructed to have little or no tendency to rotate or, if guided, transmits little or no torque. It has at least 15 outer strands and comprises an assembly of at least three layers of strands laid helically over a center in two operations. The direction of lay of the outer strands is opposite to that of the underlying layer.

1926.1414(e)(1)(ii)

*Type II rotation resistant wire rope ("Type II")*. Type II rotation resistant rope is stranded rope constructed to have significant resistance to rotation. It has at least 10 outer strands and comprises an assembly of two or more layers of strands laid helically over a center in two or three operations. The direction of lay of the outer strands is opposite to that of the underlying layer.

1926.1414(e)(1)(iii)

*Type III rotation resistant wire rope ("Type III")*. Type III rotation resistant rope is stranded rope constructed to have limited resistance to rotation. It has no more than nine outer strands, and comprises an assembly of two layers of strands laid helically over a center in two operations. The direction of lay of the outer strands is opposite to that of the underlying layer.

1926.1414(e)(2)

*Requirements*.

1926.1414(e)(2)(i)

Types II and III with an operating design factor of less than 5 must not be used for duty cycle or repetitive lifts.

1926.1414(e)(2)(ii)

Rotation resistant ropes (including Types I, II and III) must have an operating design factor of no less than 3.5.

1926.1414(e)(2)(iii)

Type I must have an operating design factor of no less than 5, except where the wire rope manufacturer and the equipment manufacturer approves the design factor, in writing.

1926.1414(e)(2)(iv)

Types II and III must have an operating design factor of no less than 5, except where the requirements of paragraph (e)(3) of this section are met.

1926.1414(e)(3)

When Types II and III with an operating design factor of less than 5 are used (for non-duty cycle, non-repetitive lifts), the following requirements must be met for each lifting operation:

1926.1414(e)(3)(i)

A qualified person must inspect the rope in accordance with § 1926.1413(a). The rope must be used only if the qualified person determines that there are no deficiencies constituting a hazard. In making this determination, more than one broken wire in any one rope lay must be considered a hazard.

1926.1414(e)(3)(ii)

Operations must be conducted in such a manner and at such speeds as to minimize dynamic effects.

1926.1414(e)(3)(iii)

Each lift made under § 1926.1414(e)(3) must be recorded in the monthly and annual inspection documents. Such prior uses must be considered by the qualified person in determining whether to use the rope again.

1926.1414(e)(4)

*Additional requirements for rotation resistant ropes for boom hoist reeving*.

1926.1414(e)(4)(i)

Rotation resistant ropes must not be used for boom hoist reeving, except where the requirements of paragraph (e)(4)(ii) of this section are met.

1926.1414(e)(4)(ii)

Rotation resistant ropes may be used as boom hoist reeving when load hoists are used as boom hoists for attachments such as luffing attachments or boom and mast attachment systems. Under these conditions, all of the following requirements must be met:

1926.1414(e)(4)(ii)(A)

The drum must provide a first layer rope pitch diameter of not less than 18 times the nominal diameter of the rope used.

1926.1414(e)(4)(ii)(B)

The requirements in § 1926.1426(a) (irrespective of the date of manufacture of the equipment), and § 1926.1426(b).

1926.1414(e)(4)(ii)(C)

The requirements in ASME B30.5-2004 sections 5-1.3.2(a), (a)(2) through (a)(4), (b) and (d) (incorporated by reference, *see* § 1926.6) except that the minimum pitch diameter for sheaves used in multiple rope reeving is 18 times the nominal diameter of the rope used (instead of the value of 16 specified in section 5-1.3.2(d)).

1926.1414(e)(4)(ii)(D)

All sheaves used in the boom hoist reeving system must have a rope pitch diameter of not less than 18 times the nominal diameter of the rope used.

1926.1414(e)(4)(ii)(E)

The operating design factor for the boom hoist reeving system must be not less than five.

1926.1414(e)(4)(ii)(F)

The operating design factor for these ropes must be the total minimum breaking force of all parts of rope in the system divided by the load imposed on the rope system when supporting the static weights of the structure and the load within the equipment's rated capacity.

1926.1414(e)(4)(ii)(G)

When provided, a power-controlled lowering system must be capable of handling rated capacities and speeds as specified by the manufacturer.

1926.1414(f)

Wire rope clips used in conjunction with wedge sockets must be attached to the unloaded dead end of the rope only, except that the use of devices specifically designed for dead-ending rope in a wedge socket is permitted.

1926.1414(g)

Socketing must be done in the manner specified by the manufacturer of the wire rope or fitting.

1926.1414(h)

Prior to cutting a wire rope, seizings must be placed on each side of the point to be cut. The length and number of seizings must be in accordance with the wire rope manufacturer's instructions.

[75 FR 48149, August 9, 2010]

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety & Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

## FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery
Assistance
Diaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

## OCCUPATIONAL
## SAFETY & HEALTH

Frequently Asked
Questions
A - Z Index
Freedom of Information
Act - OSHA
Read The OSHA
Newsletter

Subscribe to the OSHA
Newsletter

OSHA Publications

Office of Inspector
General

**ABOUT THIS SITE**

Freedom of Information Act – DOL

Privacy & Security Statement

Disclaimers

Important Web Site Notices

Plug-ins Used by DOL

Accessibility Statement