IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHARD WALKER,

      Plaintiff,

v.

ALLIANCE OUTDOOR GROUP, INC.
And ALLIANCE OUTDOORS
PRODUCTS, INC., d/b/a X-STAND
TREESTANDS,

      Defendants.

Case No: 3:20-cv-773

## DEFENDANTS ALLIANCE OUTDOOR GROUP, INC.'S AND ALLIANCE OUTDOOR PRODUCTS, INC.'S MOTION *IN LIMINE* TO EXCLUDE PURPORTED STUDIES AND ARTICLES ABOUT HARNESS USE

      Defendants Alliance Outdoor Group, Inc. and Alliance Outdoor Products, Inc., by counsel, respectfully file this Motion *in Limine* and move this Court, pursuant to Federal Rule of Evidence 802 and Federal Rule of Evidence 403, for an Order precluding Plaintiff, his counsel, or his experts from presenting any evidence, soliciting any testimony, offering any testimony, or presenting any argument regarding any purported "studies" or articles that relate to, or discuss, harness use at trial for the reasons set forth in the accompanying Memorandum of Law.

Dated: October 18, 2021

Respectfully submitted,

*/s/ Barry B. Sutton*
Barry B. Sutton, *Admitted PHV*
Steven D. Brock, *Admitted PHV*
Attorney for Alliance Outdoor Group, Inc. and
Alliance Outdoors Products, Inc. d/b/a X-Stand
Treestands
CLARK HILL PLC
151 South Old Woodward, Suite 200

Birmingham, MI 48009
bsutton@clarkhill.com
sbrock@clarkhill.com
Sutton Phone: (313) 964-8577
Brock Phone: (248) 988-1811


*/s/ Nathan H. Schnetzler*
Nathan H. Schnetzler
Virginia State Bar #: 86437
Sean C. Workowski
Virginia State Bar #: 36120
Attorney for Alliance Outdoor Group, Inc. and Alliance Outdoors Products, Inc. d/b/a X-Stand Treestands
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
Roanoke, Virginia 24011
Phone: (540) 772-4600
Fax: (540) 772-9167
Email: nschnetzler@faplawfirm.com
sworkowski@faplawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                */s/ Nathan H. Schnetzler*
                                                       *Of Counsel*