# EXHIBIT A

# X-STAND TREESTANDS

# SILENT ADRENALINE

## Assembly and Safe Use Manual
## XSCT334

TMA PARTICIPATING MEMBER

This X-Stand product(s) has been tested to rigid industry standards. Safe operation and use of this X-Stand product(s) is the responsibility of the user(s). Please read and follow all safe use instructions and warnings. Failure to follow these may result in serious injury or death!

X-STAND.COM

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

**DISCLAIMER:** The TMA is a non-profit corporation. The TMA does not design, certify, approve, test, review, or provide any customer service for any products, including but not limited to members' products listed on the TMA web site. The TMA mark should not be construed as an approval of design by TMA. Any product listed on the website and/or published indicates that the TMA has been provided with an acknowledgement demonstrating that a representative production model has been tested by a third party testing firm and certified by that testing firm to meet or exceed industry standards recognized by TMA. TMA is not involved in and thus not responsible for the design, quality control and/or safety of the product or end user. It is the responsibility of each end user to safely use the product as it was intended to be used and according to manufacturer's instructions.

# CLIMBING TREESTAND SAFE USAGE INSTRUCTIONS & WARNINGS

## XSCT334 - SILENT ADRENALINE

Max. Weight Capacity (User(s) and Equipment)     300 lbs (136 kg)

⚠ **WARNING!** This product carries strict weight restrictions. Please note that these weight limitations include the user(s) and their equipment. **DO NOT** use these product(s) if you exceed these total weight limitations. Failure to follow these instructions may result in serious injury or death!

Thank you for your purchase of this quality X-Stand™ Treestands product. To ensure your personal safety, please take a moment to carefully read this Instruction Manual in its entirety before attempting to assemble, set-up, install and/or otherwise use this X-Stand™ Treestands product. Failure to follow these instructions may result in serious injury or death!

Should you have any questions about the installation and/or use of this product, or any other X-Stand™ Treestands product(s) do not hesitate to call one of our customer service representatives at 540-877-2769 or visit X-Stand™ Treestands online at *X-Stand.com*. Our customer service representatives will answer any questions you may have about any of the complete line of X-Stand™ Treestands products.

Do not return this product to the retailer if you have any damaged or missing parts. Call X-Stand™ Treestands for replacement of any damaged or missing parts at 540-877-2769.

⚠ **WARNING!** Failure to read and strictly comply with the instructions contained in this Instruction Manual may result in serious injury or death!

⚠ **WARNING!** FALLS FROM A TREESTAND CAN OCCUR ANYTIME AFTER LEAVING THE GROUND. THESE FALLS COULD RESULT IN EITHER SERIOUS INJURY OR DEATH! FOR YOUR PERSONAL SAFETY, PLEASE TAKE A MOMENT TO CAREFULLY READ THIS PRODUCT INSTRUCTION MANUAL IN ITS ENTIRETY BEFORE ATTEMPTING TO ASSEMBLE, SET-UP, INSTALL AND/OR OTHERWISE USE THIS X-STAND™ PRODUCT. AT LEAST ANNUALLY, REVIEW THE CONTENTS OF THIS INSTRUCTION MANUAL AND WATCH THE SAFE TREESTAND HUNTING DVD. ADDITIONALLY, KEEP THESE INSTRUCTIONS FOR THE ENTIRE DURATION THAT YOU OWN THIS PRODUCT(S). FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN SERIOUS INJURY OR DEATH!

⚠ **WARNING!** A *Treestand Safety: It's Up To You* DVD has been included with this treestand. Please view it in its entirety prior to using this or any other X-Stand™ product(s). Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** THE SAFE USE AND OPERATION OF THIS PRODUCT IS THE SOLE RESPONSIBILITY OF THE USER. IT IS ALSO THE SOLE RESPONSIBILITY OF THE OWNER TO PROVIDE ANY PERSON(S) WHO BORROW OR PURCHASE THIS PRODUCT WITH THESE INSTRUCTIONS AND THE AFORE MENTIONED *TREESTAND SAFETY: IT'S UP TO YOU* DVD. FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN SERIOUS INJURY OR DEATH! ADDITIONALLY, FAILURE TO FOLLOW THIS INSTRUCTION MAY SUBJECT YOU TO PERSONAL LIABILITY PENALTIES AS DETERMINED BY THE U.S. JUDICIAL SYSTEM.

⚠ **WARNING!** Prior to each hunt, you must inform someone of your hunting location, including the specific location of your treestand and the expected duration of your hunt. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Prior to each hunt, make sure that you have a signaling device (e.g., mobile phone, radio, whistle, signal flare or Personal Locator Device (PLD)) in your possession and in an operable condition. This device must be within easy access should you experience the need to contact emergency assistance. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** remove, modify, and/or omit any portion or otherwise mechanically modify this X-Stand™ product(s) or its assemblies in any manner. Modification, misuse, and/or part substitution shall immediately void your factory warranty and may result in serious injury or death! If you suspect that a part(s) is missing and/or defective, immediately contact X-Stand™ at 540-877-2769 for replacement of missing or defective parts. Never modify your stand in any way by making repairs, or altering, adding or attaching anything to it except if explicitly authorized in writing by X-Stand™. **ALWAYS USE GENUINE FACTORY AUTHORIZED X-STAND™ REPLACEMENT PARTS. USE OF ANY REPLACEMENT PARTS OTHER THAN GENUINE X-STAND™ PARTS VOIDS YOUR WARRANTY AND MAY RESULT IN SERIOUS INJURY OR DEATH!**

⚠ **WARNING! ALWAYS** inspect/check **ALL** expiration dates/tags on all straps and the full-body fall arrest harness and its components prior to each use. You must replace **ALL** straps and suspension seats **EVERY** year. Never use any strap(s) or full-body fall arrest harness or its components that has expired and/or is showing any signs of damage and/or wear. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Make certain all chains, cables, straps, etc. are tightened per this Instruction Manual prior to use. All treestand contact points must be in contact with the tree before you step onto the stand. The correct adjustment and tightening of attachment hardware is critical to the stable installation of this treestand. Additionally, you MUST be wearing your Fall Arrest System (FAS) which includes a full-body fall arrest harness, tree belt, lanyard/tether, suspension relief device and climbing belt/lineman's belt (as applicable) in accordance with the Instructions contained in this Instruction Manual. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** This product(s) is designed for adult use only. No one under the age of 16 should attempt to use this or any other X-Stand™ product(s) without direct adult supervision. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Prior to attempting to use this or any other X-Stand™ product(s) you must take a moment and become familiar with its assembly, setup and installation. You must practice installing, setting-up and using your full-body fall arrest harness and its components (i.e., lanyard/tether, tree belt, suspension relief device, climbing belt/lineman's belt [as applicable]) at ground-level prior to attempting to use it at heights above ground-level. Once you have become thoroughly knowledgeable and comfortable with this X-Stand™ product(s) setup, installation and use at ground-level, you are now ready to use it at heights above ground-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Several X-Stand™ Treestands are equipped with a footrest, armrests and/or shooting rail. Neither the footrest, armrests nor the shooting rail have been designed to support the users weight. Under no circumstances should you place any more than fifteen (15) lbs (6 kg) of weight on these structures. Doing so will put the user in serious risk of injury or death. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** You must wear a **Fall Arrest System (FAS)** comprising of a full-body fall arrest harness, tree belt, lanyard, suspension relief device and climbing belt/ lineman's belt (as applicable) at all times after leaving the ground. You must stay connected at all times after leaving the ground while using fixed position treestands. Single safety belts and chest harnesses are no longer allowed and should never be used. If you are not wearing a full-body fall arrest harness that is properly attached to the tree to protect you from a fall, do not leave the ground nor attempt to enter your treestand. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Never attempt to climb up or down with a weapon and/or gear in your possession. **ALWAYS** unload your weapon and pull it up to hunting height using a tether or pull up rope. **ALWAYS** lower your unloaded weapon down to the ground prior (when raising or lowering firearms, the chamber must be open and the barrel pointing toward the ground) to attempting to climb up or climb down. Use this same method when raising or lowering all other gear. Failure to follow these instructions may result in serious injury or death!

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

⚠ **WARNING!** Prior to each use thoroughly inspect the treestand and all of its related components and all safety devices before use for signs of wear, rot, corrosion, cracks, deterioration and/or any other type of defect. Make certain that your treestand is tight and secure prior to use. Protect this product from extended exposure to direct sunlight, excessive heat or freezing temperatures by storing inside when not in use. **DO NOT** use this or any other product(s) if it shows evidence of wear, rot, corrosion, cracks, deterioration and/or any other type of defect. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** use this or any other X-Stand™ product(s) if you have a history of heart problems, back problems, impaired vision, joints that lock-up, spinal fusions, equilibrium problems, high blood pressure, are not well-rested and/or any other physical impairment that may limit your ability to use and/or operate this product(s) in the safe manner outlined in this Instruction Manual. Additionally, do not use this or any other X-Stand™ product(s) if you are currently taking medication (including prescription) and/or using and/or consuming any substance, including alcohol, that may limit your ability to use this X-Stand™ product(s) as outlined and described in the Instruction Manual. Never use a treestand when feeling ill, nauseous or dizzy. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** attempt to make adjustments to this product while in the treestand. All adjustments must be made with the entire treestand on the ground. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** leave your X-Stand™ product(s) installed for more than two weeks (14 days). Any number of factors can jeopardize its installation and integrity. These include, but are not limited to, weather or other environmental factors that can negatively affect its performance. Animals can also cause damage to your X-Stand™ product(s) that can negatively affect its performance and your safety. Additionally, factors such as tree growth can stress and damage supporting straps, cables, chains and/or buckles. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! ALWAYS** inspect the treestand and all safety devices prior to each use. DO NOT use this product(s) if it shows signs of wear, damage, deterioration, or vandalism. Factors such as tree growth, vandals, weather and animals may affect the performance of an unattended treestand. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** modify, fix/repair, alter, bend, cut, weld, drill or heat the treestand in any way. Also, do not attach anything to your treestand without explicit authorized and written instructions from the manufacturer. Failure to follow these instructions shall void warranty and may result in serious injury or death!

⚠ **WARNING!** Strict weight limitations have been set for each product to ensure your personal safety. Note the weight limitations of your stand and that this weight limit includes the user (one person) and their equipment. **NEVER EXCEED THESE WEIGHT LIMITATIONS!** Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** attempt to use this or any other X-Stand™ product(s) when ice, snow, and/or freezing rain has deposited or formed on any portion of the tree or stand you intend to climb. Do not attempt to use this or any other X-Stand™ product(s) when thunderstorms are threatening and/or present within five (5) miles. Do not attempt to use this or any other X-Stand™ product(s) when any other adverse weather condition presents itself. These include, but are not limited to, weather conditions which have the potential for producing winds, lightning, rain, snow, sleet and/or any other atmospheric condition which may limit the user's ability to operate this X-Stand™ product(s) in a safe manner as described in this Instruction Manual. Should inclement weather conditions arise during your use of this X-Stand™ product(s), return to the ground immediately. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! BEFORE** each use, make sure all nuts and bolts are secure. CHECK all hardware and webbing prior to every use to make sure that no damage has occurred to hardware and that webbing (as applicable) is not cut or frayed. Keep webbing from coming into contact with any sharp edges. DO NOT USE THIS PRODUCT IF ANY DAMAGE IS SUSPECTED. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! REPLACE** any damaged or worn part with original parts. Replace attachment straps every one year and when not in use store in a dry, cool, safe place away from sunlight. Never store a treestand or any of its components outdoors when not in use. To purchase parts contact X-Stand™ Treestands at 540-877-2769. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Always wear the appropriate foot wear when using a treestand. A good non-slip safety boot is important for your safety. Be especially careful that boot laces do not get hooked on the tree stand or its components (tuck shoelaces into boot before climbing). Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** use this product, or attempt to use a treestand, on a dead, leaning, diseased, loose barked tree (bark that flakes or falls off ), irregular shaped trees, or utility poles. **DO NOT** use this product on any tree that does not allow for a level standing platform. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! NEVER** hunt out of a treestand at heights at which you are not completely comfortable. Depending upon the tree and hunting conditions, choose the minimum hunting height that allows for safe, effective hunting. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** use this, or any other X-Stand™ product(s) to climb utility poles, telephone poles, structural columns or any other man-made structures. Never use this or any other X-Stand™ product(s) around power generation (e.g., transformers, generators, substations, etc.) and/or power transmission equipment. Never use a treestand on a dead, leaning, diseased or loose barked tree. **NEVER USE A TREE BRANCH, OR ANY PORTION OF A TREE, TO SUPPORT ANY PORTION OF YOUR WEIGHT OR AS A HAND HOLD.** Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! DO NOT** stand on the treestand seat. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** This X-Stand™ Treestand product(s) was designed for installation on trees with a minimum diameter of nine (9) inches (23 cm) to maximum diameter of twenty (20) inches (51 cm) at treestand installation height (i.e., seat height). **DO NOT** use your X-Stand product(s) on trees with trunk diameters that do not meet these diameter requirements. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Never attempt to hunt from an unlevel standing and/or seating platform. Additionally, NEVER attempt to level your standing and/or seating platform at heights above the ground. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** DO not over tighten the hardware. Over tightening can lead to structural damage and may negatively affect the performance of your stand. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Prior to stepping onto the treestand, connect the full-body fall arrest harness tether to the tree trunk at about eye-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** NEVER adjust the length of cable or level of the platform when above ground-level. All adjustments must be made at ground-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** After descending back to the ground, do not remove the full-body fall arrest harness tether from the tree trunk until you have reached the ground and your feet are safely on firm ground. Failure to follow these instructions may result in serious injury or death!

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**   **3**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

# SILENT ADRENALINE - PARTS LIST AND HARDWARE DIAGRAM

| Part # | Description | Qty |
|---|---|---|
| XP15-0405 | Foot Section | 1 |
| XP15-0406 | Foot Section Support - Right | 1 |
| XP15-0407 | Foot Section Support - Left | 1 |
| XP15-0409 | Seat Section | 1 |
| XP15-0411 | Seat Section Support - Right | 1 |
| XP15-0412 | Seat Section Support -Left | 1 |
| XP15-0422 | Cable | 2 |
| XP15-0425 | Lock Pin | 1 |
| XP15-0429 | Spring Bolt | 1 |
| XP15-0430 | Seat Netting | 1 |
| XP15-0435 | Elastic Rope | 2 |
| XP15-0444 | Connecter/Backpack Straps Male | 2 |
| XP15-0445 | Connecter/Backpack Straps Female | 2 |
| XP15-0437 | Foot Strap | 2 |
| XP15-0438 | Cam Buckle Strap | 2 |
| XP15-0447 | Gear Pouch | 1 |
| XP15-0020 | Safety DVD | 1 |
| XP15-0400 | Instruction Manual | 1 |
| XP15-0011 | Full-Body Fall Arrest Harness | 1 |
| XP87-0068 | 5/16" x 1 1/4" Hex Bolt {A} | 2 |
| XP87-0069 | 5/16" x 2" Hex Bolt {B} | 8 |
| XP87-0047 | 5/16" Nylock Nut | 10 |
| XP87-0027 | Nylon Washer | 36 |



Connector/Backpack Strap Female End (x2)
Connector/Backpack Strap Male End (x2)
Foot Strap (x2)
Cam Buckle Strap (x2)
Elastic Rope (x2)

[A] 5/16" x 1 1/4" Hex Bolt (2 Pieces)
[B] 5/16" x 2" Hex Bolt (8 Pieces)
[C] 5/16" Nylock Nut (10 Pieces)
[D] 5/16" Nylon Washer (36 Pieces)

**4**  **READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**
This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

## FULL-BODY FALL ARREST HARNESS USAGE INSTRUCTIONS & WARNINGS

⚠ **WARNING!** Failure to read and strictly comply with the instructions contained here may result in serious injury or death!

⚠ **WARNING!** READ ALL THE INFORMATION INCLUDED HERE PRIOR TO ATTEMPTING TO USE THIS FULL-BODY FALL ARREST HARNESS AND ITS COMPONENTS. YOUR FULL-BODY FALL ARREST HARNESS AND ITS COMPONENTS ARE DESIGNED FOR A MAXIMUM WEIGHT CAPACITY (USER AND EQUIPMENT) OF 300 POUND S (136 KG). ADDITIONALLY, YOUR FULL BODY FALL ARREST HARNESS AND ITS COMPONENTS MUST BE REPLACED AFTER THREE (3) YEARS OF SERVICE! PLEASE CONTACT X-STAND™ TREESTANDS FOR FULL-BODY FALL ARREST HARNESS REPLACEMENT PROCEDURE SHOULD YOU EXPERIENCE A FALL OR SHOULD IT EXCEED THE THREE (3) YEAR SERVICE PERIOD.

⚠ **WARNING!** Prior to attempting to use this or or any other X-Stand™ product(s) you must take a moment and become familiar with its assembly, setup and installation. You must practice installing, setting-up and using your full-body fall arrest harness at ground-level prior to attempting to use it at heights above ground-level. Once you have become thoroughly knowledgeable and comfortable with this product(s) setup, installation and use at ground-level, you are now ready to use it at heights above ground-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** You must wear a **Fall Arrest System (FAS)** comprising of a full-body fall arrest harness, tree belt, lanyard, suspension relief device and climbing belt/lineman's belt (as applicable) at all times after leaving the ground. You must stay connected at all times after leaving the ground while using fixed position treestands. Single safety belts and chest harnesses are no longer preferred and should never be used. If you are not wearing a full-body fall arrest harness, do not leave the ground. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! ALWAYS** practice using your full-body fall arrest harness (FAS) in the presence of a responsible adult prior to using it in an elevated hunting environment, and learn what it feels like to hang suspended in the harness at ground level. Practice installing and using your treestand at ground level and with a responsible adult present before you go hunting.

⚠ **WARNING!** The length of the full-body fall arrest harness tether must be kept to a minimum at all times during use. It should be adjusted so that it is above the head with no slack (snug) in the sitting position. Never allow the full-body fall arrest tether to get under your chin, around your neck, or under your arm(s). Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Should you experience a fall there is time to make a correct decision on what action needs to take place. It is important to remember: **DO NOT PANIC!** Failure to follow this warning may result in serious injury or death!

⚠ **WARNING!** If you have a limiting physical and/or health condition that precludes and/or renders you incapable of self-recovery and/or a suitable escape plan is not available, **DO NOT** hunt from heights above ground-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** FALLS FROM A TREESTAND CAN OCCUR ANYTIME AFTER LEAVING THE GROUND. THESE FALLS COULD RESULT IN EITHER SERIOUS INJURY OR DEATH! FOR YOUR PERSONAL SAFETY, PLEASE TAKE A MOMENT TO CAREFULLY READ THIS PRODUCT INSTRUCTION MANUAL IN ITS ENTIRETY BEFORE ATTEMPTING TO ASSEMBLE, SET-UP, INSTALL AND/OR OTHERWISE USE THIS X-STAND™ PRODUCT. AT LEAST ANNUALLY, REVIEW THE CONTENTS OF THIS INSTRUCTION MANUAL AND WATCH THE SAFE TREESTAND HUNTING DVD. ADDITIONALLY, KEEP THESE INSTRUCTIONS FOR THE ENTIRE DURATION THAT YOU OWN THIS PRODUCT(S). FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN SERIOUS INJURY OR DEATH!

⚠ **WARNING!** THE SAFE USE AND OPERATION OF THIS PRODUCT IS THE SOLE RESPONSIBILITY OF THE USER. IT IS ALSO THE SOLE RESPONSIBILITY OF THE OWNER TO PROVIDE ANY PERSON(S) WHO BORROW OR PURCHASE THIS PRODUCT FROM THEM WITH THESE COMPLETE INSTRUCTIONS. FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN SERIOUS INJURY OR DEATH! ADDITIONALLY, FAILURE TO FOLLOW THESE INSTRUCTIONS MAY SUBJECT YOU TO PERSONAL LIABILITY PENALTIES AS DETERMINED BY THE U.S. JUDICIAL SYSTEM.

⚠ **WARNING!** Practice the use of your X-Stand™ Treestand full-body fall arrest harness and suspension relief device (SRD) at ground-level in the presence of a responsible adult to experience the feeling of hanging suspended before using in a hunting environment. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING! NEVER** allow the full-body fall arrest harness lanyard/tether to get under your chin or around your neck. This poses a choking hazard that can lead to serious injury or death. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** If your hunting location is unknown by anyone and communication efforts are unsuccessful, you must have a personal plan for self-recovery/escape should you experience a fall. Prolonged suspension in a full-body fall arrest harness can be fatal. It is important to exercise the legs by pushing against the tree or doing other forms of continuous leg exercises to avoid blood pooling while being suspended. Varying degrees of physical fitness may require different plans for self-recovery/escape the effects of prolonged suspension. Have a personal plan and practice it in the presence of a responsible adult before leaving the ground. No one escape/ rescue plan will work for every hunter, on every tree, in every circumstance. Only you can determine the best self-recovery/ escape plan for your hunting situation before leaving the ground. There is time to make a correct decision on what action to take if a fall occurs while wearing a full-body fall arrest harness. It is important to remember, DO NOT PANIC. Remain calm and implement your practiced rescue, relief and recovery plan. Hunt from the ground when a self-recovery/escape ability is absent. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** TO REDUCE YOUR RISK OF INJURY OR DEATH FROM FALLS YOU MUST WEAR A LINEMAN STYLE (CLIMBING BELT) FULL-BODY FALL ARREST HARNESS THAT MEETS TMA STANDARDS. ALWAYS REMAIN HARNESSED TO THE TREE FROM THE MOMENT YOU LEAVE THE GROUND UNTIL YOU RETURN TO THE GROUND. The lineman's (climbing belt) style full-body fall arrest harness must be worn in compliance with the manufacturer's instructions. If you do not or cannot use a lineman's style (climbing belt) full-body fall arrest harness that properly fits you must, under no condition, attempt to use this or any X-Stand Treestand product(s).

## FULL-BODY FALL ARREST HARNESS INSTRUCTIONS

⚠ **WARNING!** READ THESE X-STAND™ TREESTANDS FULL-BODY FALL ARREST HARNESS INSTRUCTIONS CAREFULLY AND FOLLOW ALL THE INSTRUCTIONS! YOUR NEW FULL-BODY FALL ARREST HARNESS IS DESIGNED FOR A MAXIMUM CAPACITY (USER & EQUIPMENT) OF 300 POUNDS (136 KG). ADDITIONALLY, YOUR NEW FULL-BODY FALL ARREST HARNESS MUST BE REPLACED AFTER THREE (3) YEARS OF SERVICE! REPLACE YOUR HARNESS IMMEDIATELY SHOULD YOU EXPERIENCE A FALL WHILE WEARING IT.

⚠ **WARNING!** You must use the X-Stand™ Treestand full-body fall arrest harness provided with this product or a harness that complies with industry standards recognized by the TMA. NOTE: You must store your full-body fall arrest harness out of direct sunlight and out of any other harsh environmental condition(s) that may adversely affect its performance. Failure to follow these instructions may result in serious injury or death!

**STEP 1.** Identify the main parts of the full-body fall arrest harness (see Fig. 1). Hold the full-body fall arrest harness by the tether loop ensuring the harness is upright and leg straps are hanging down. Straighten any parts that have become twisted. Insert arms through each shoulder strap. (see Fig. 2)

**STEP 2.** Feed the left leg strap between legs and thread through the bottom left waist loop. Repeat with the right leg strap, feeding between legs and through right waist loop. (see Fig. 3)

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

**STEP 3.** Secure the two leg straps by threading the 3 bar buckle as shown in Figure 4. Tighten the leg straps snuggly. **DO NOT** over tighten as this will cut off the circulation to your legs. The X-Stand™ Treestands full-body fall arrest harness should look like the one depicted in Figure 3 when done correctly. Note : If leg straps are too long, feed left leg strap with buckle through bottom of the left waist loop, down the top of the right waist loop and secure to right leg strap with 3 Bar Buckle as instructed.

⚠ **WARNING!** It is very important to complete this Step of the assembly. Improperly secured buckle may cause full-body fall arrest harness failure resulting in serious injury or death! If there is not enough strap available to complete this step, **DO NOT USE THIS FULL-BODY FALL ARREST HARNESS!** You may need to purchase and use a larger specialty sized full-body fall arrest harness that complies with industry standards recognized by the TMA.

**STEP 4.** Thread the tree belt through the loop at the end of the harness tether as seen in Fig 5. Wrap the tree belt around the tree trunk. You must install your tree belt at or above eye-level (Fig 7). DO NOT allow the lanyard loop to cover the tree belt buckle. Keep the sewn loop a minimum of six (6) inches away from the tree belt buckle! To secure the tree belt insert free end up through the slot in the buckle closest to opposite end of the tree belt, then cross over the sliding mechanism and back down through opposite slot. Pull on strap to secure and test to make sure sliding mechanism engages creating secure strap placement. (Fig 6).  As you climb, slide your tree belt up as shown in Figure 8. Remember, keep the least amount of slack in the assembly as possible. A tight harness tether greatly reduces the distance you can travel should you experience a fall while climbing.

**STEP 5.** With the tree belt tight to the tree at or above eye level, and you are your desired height, carefully sit down making sure that the harness tether is tight with the slack removed when in the seated position. (Fig 9).










**6**   **READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

## STEPS TO FOLLOW IF A FALL WERE TO OCCUR:

Although no one plans to fall from their treestand, falls can and do occur without warning. It is important to become familiar with the guidelines below and practice your recovery plan att ground-level. Failure to read, understand, and follow these Steps may result in serious injury or death!

⚠ **WARNING!** There is time to make a correct decision on what action to take if a fall occurs while wearing a full-body fall arrest harness. It is important **NOT TO PANIC!** Remain calm and implement your practiced rescue, relief and recovery plan. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** A suspension relief device must be on your person and readily accessible while using a full-body fall arrest harness. This device will allow you to relieve the load on the lower extremities if suspended in a full-body fall arrest harness and help maintain circulation in the legs and mitigate suspension trauma (blood pooling). Follow all instructions below regarding the provided **SRD** (Suspension Relief Device) and **NEVER** remove it from your full-body fall arrest harness. Failure to follow this warning may result in serious injury or death!

**STEP 1.** After a fall, take a moment to catch your breath and stay calm; **DO NOT PANIC.**

**STEP 2.** Pull on the **SRD strap** located on the lower back side of your full-body fall arrest harness. (see Fig. 10)

**STEP 3.** If you are able to reach your ladder or climbing system, use it to get back into your secured treestand and then carefully climb down to ground-level. If you are not able to reach your stand, remain calm and continue to stand in the SRD loop until help arrives. (see Fig. 13)

**STEP 4.** Adjust the SRD strap so that you are able to step into the loop and then stand up relieving the pressure on your lower extremities. The loop size can be adjusted by moving the buckle up or down. (see Fig. 11 & 12)

**STEP 5.** Use your personal locating device or cell phone to call for help.

**NOTE:** Several optional commercial products/systems are available that offer self-recovery or self extraction from a fall when suspended in a full-body fall arrest harness. Some systems automatically descend the user while others allow user control. One of these products/systems can be considered for use as an additional safety precaution against prolonged suspension and suspension trauma. Be sure to follow the manufacturers' directions on the safe use of these products/systems.



FIG 10



FIG 11



FIG 12



FIG 13

To activate your product's warranty, a registration card (found in the back of this manual) must be completed and returned to the manufacturer within 30 days of purchase.
**Be sure to keep a copy of this card for your records.**

Should you have an questions about the assembly, installation or use of this X-Stand product, or any other X-Stand products, please do not hesitate to call one of our customer service representatives at 540-877-2769 and they will answer all questions you may have about any of the complete line of X-Stand products.

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

# ASSEMBLY INSTRUCTIONS
## - SILENT ADRENALINE -

THIS PRODUCT COMES FULLY ASSEMBLED; HOWEVER, IT IS ADVISABLE TO REFER TO THE DETAILED DIAGRAM BELOW TO BECOME FAMILIAR WITH THE PROPER ASSEMBLY OF YOUR TREESTAND.

**STEP 1.** Attach the fixed end of (1) cable to the right support of the foot section using (1) 5/16" x 1 1/4" hex bolt, (2) steel washers and (1) 5/16" nylock nut. Tighten securely. Repeat for seat section. (Fig 1).

**STEP 2.** Next, install (2) of the foot straps to the outside of the foot section support. (Fig 2).



FIGURE 1

to adjust, remove Pin from end of the Spring Bolt. Pull Spring Bolt back and adjust cable. When at desired length replace the Spring Bolt, making sure it locks into a hole in the cable and replace the retaining pin at the end of the Spring Bolt.



FIGURE 1a

**8** READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.



**FIGURE 2**

## CLIMBING INSTRUCTIONS
### - SILENT ADRENALINE -

⚠ **WARNING! This X-Stand is equipped with two (2) security/connector straps (they double as backpacking straps also). These security/ connector straps are designed to stabilize your X-Stand while at climbing height and to keep the standing platform from separating from the seating platform inadvertently while climbing. THEY MUST REMAIN CONNECTED AT ALL TIMES. Should the standing platform inadvertently slip-off your feet during use, retrieve it by simply pulling up on the security/connector straps. Once you have reached your desired climbing height, reach down and pull the tag ends (loose ends) of the security/connector straps to tighten both straps. By doing so, you lock the seating and standing platforms to the tree. NOTE: You must lengthen the straps prior to attempting to climb down. DO NOT modify or disconnect these security/connector straps for any reason. NOTE: The security/connector straps should be adjusted so there is no more than 6-inches of slack when climbing.**

## CLIMBING UP

**STEP 1.** Select a straight, healthy tree between 9 to 20-inches in diameter.

**STEP 2.** Once you have determined which tree you will climb, unpack your X-Stand climber. Prior to installing your climber, make certain your security/connector straps are connected. If the security straps are not installed, do not use your X-Stand.

**STEP 3.** Attach the foot section/standing platform to the tree by placing the cable around the tree and sliding it into the platform support securing with Spring Bolt and retaining pin. (Fig 1A)

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**   **9**

**NOTE:** When installed correctly the outer end of the foot section should be tilted slightly upward. This will allow the stand to level itself as you climb and as the tree trunk gradually narrows. Repeat step to attach the seating platform. (Fig 3)

**STEP 4.** After you properly put on the full-body fall arrest harness provided, attach the tree tether to the tree at eye level. With the safety harness tether placed over either shoulder carefully step onto the middle of the standing platform.

**STEP 5.** Next, slide your feet under the foot straps (Fig. 4). Then slide the tree tether up the tree as high as you can reach.

**STEP 6.** Grasp the sides of the stand by the Seat Section support and lift the seating platform to just below waist height. Then set the seating platform to the tree making sure that the cable and bark biters are firmly contacting the tree. (Fig. 5)

**STEP 7.** With all your weight on the climbing seat of the seating platform, turn feet downward slightly to free the standing platform from the tree. Pull the standing platform up to a comfortable level by bending your knees and raising your legs up. Set the standing platform to the tree making sure that the cable and the bark biters are firmly contacting the tree. (Fig. 6)

**STEP 8.** Ease your weight back onto the standing platform, stand, and slide the tree tether up the tree as far as possible. Repeat this sequence until you reached your desired height. (Fig. 7)

**STEP 9.** Once you have reached your desired climbing height, pull the tag ends (loose ends) of the security straps to tighten both straps. By doing so, you lock the seating and standing platforms to the tree.



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

**NOTE:** You must loosen these straps prior to attempting to climb down.

**STEP 10.** Remove the cam-buckle straps from the accessory bag and carefully attach the hook to one of the holes in the bark biter on the seat platform. Bring the other end of the strap around the tree and attach to the opposite bark biter and pull tight to secure. Repeat this process for the standing platform.

## CAM-BUCKLE INSTRUCTIONS

Press buckle release to release grip (See Fig. 1). Next insert long strap through buckle (See Fig. 2) and adjust to desired tightness (See Fig. 3).



FIGURE 1

FIGURE 2

FIGURE 3



FIGURE 7

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**  11

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

# CLIMBING DOWN
## - SILENT ADRENALINE -

⚠ **WARNING!** After descending back to the ground, do not remove the full-body fall arrest harness tether from the tree until you have reached the ground and your feet are safely on firm ground. Failure to follow this warning may result in serious injury or death!

**STEP 1.** Carefully remove the cam-buckle straps from the bark biter of the standing platform and the seating platform. Return the cam-buckle straps to the accessory bag.

**STEP 2.** Lengthen the security straps by pulling on the male portion of the buckle to add slack to the strap.

**NOTE: DO NOT DISCONNECT THE SECURITY STRAPS UNDER ANY CIRCUMSTANCE!**

**STEP 3.** Slip your feet in the foot straps

**STEP 4.** While standing on the standing platform, set the seating platform at about knee level and grasp the sides of the stand by the Seat section support as you did when climbing up. Make sure that the cable and bark biters are firmly contacting the tree.

**STEP 5.** With all your weight on the climbing seat of the seat section, turn feet downward slightly to free the foot section from the tree. Once free from the tree, lower the foot section to a comfortable level. Make slow, even movements of 10-12 inches at a time. Set the foot section to the tree making sure that the cable and the bark biters are firmly contacting the tree. (Fig. 8)



**FIGURE 8**

**STEP 6.** Ease your weight back onto the foot section, stand, and slide the tree tether down to about chest height.

**STEP 7.** Once you are safely back on ground-level, carefully step off of the foot section and remove your full body fall arrest harness. Remove both foot section and seat section from the tree and store out of direct sunlight for next use

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

# BACKPACKING INSTRUCTIONS


FIGURE 1

**STEP 1.** Take the top (seat) section and lay flat on the ground facing up. Fold both seat section supports out flat. (Fig. 1)


FIGURE 2

**STEP 2.** Then place standing platform directly on top of the top (seat) section with platform supports laying out flat. (Fig. 2)


FIGURE 3

**STEP 3.** Pass the backpack straps through the top (seat) section just behind the bark biter on the inside of the welded support tabs. (Fig. 3)



**STEP 4.** Fold the right standing platform supports flat while tucking the cable under the left platform support folding it flat creating a loop in the top of cable. (Fig. 4)


FIGURE 4

**STEP 5.** Fold the left seat section support flat while tucking the cable under the right seat support. (Fig. 5) Creating a loop in the top of cable. All four supports should be folded flat with cables tucked underneath the supports. (Fig. 6)

FIGURE 5


FIGURE 6

**STEP 6.** Locate the elastic ropes (with ball ends) attached to the top seat supports. (Fig. 7)

**STEP 7.** Pull the ball ends of the elastic ropes tight and push them through the top (seat) section right behind the bark biter on the inside of the welded tabs. ( Pass ball ends through the same area as backpack straps) (Fig. 8)


FIGURE 7


FIGURE 8

**Note** The ball ends will lock into the triangle shaped part of the frame Securing the folded supports.


FIGURE 9

**STEP 8.** Turn the stand over and connect the male end of the backpack straps to the female end of the backpack straps. (Fig. 9)

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**   **13**



**ATTENTION!! WHEN YOU SEE A "WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

# CLIMBING TREESTAND WARNINGS & PRODUCT REGISTRATION

⚠ **WARNING!** Prior to stepping onto the treestand, connect the full-body fall arrest harness tether to the tree trunk at or above eye-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** NEVER adjust the length of chain or level of the platform when above ground-level. All adjustments must be made at ground-level. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** After descending back to the ground, do not remove the full-body fall arrest harness tether from the tree trunk until you have reached the ground and your feet are safely on firm ground. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Never rely on a tree branch for support while climbing. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Never attempt to climb up or climb down with a weapon and/or gear in your possession. ALWAYS unload your weapon and pull it up to hunting height using a tether or pull up rope. ALWAYS lower your unloaded weapon down to the ground prior (when raising or lowering firearms, the chamber must be open and the barrel pointing toward the ground) to attempting to climb down. Use this same method when raising or lowering all other gear. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** As a tree grows upward from the ground it gradually narrows. When installing your climber at ground-level you must consider this gradual narrowing and adjust your standing and seating platforms slightly upward. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Security straps have been included with your X-Stand climber. These are designed to connect the standing platform to the seating platform. In the unlikely event you lose contact with either while climbing, these security straps allow you to regain control. Prior to climbing, insure these security straps are installed. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** While climbing, adjustments to the full-body fall arrest harness tether/tree belt will be frequent and must be coordinated with treestand movement to maintain the least amount of slack in the tether that will allow for safe climbing. Failure to follow these instructions may result in serious injury or death!

**To activate your product's warranty, please mail in your registration card or submit it online at www.X-Stand.com**

Product Purchased _____ Model Number _____

Serial Number _____

Owner's Name _____

Street Address _____

_____

City _____ State _____ Zip Code _____

E-mail Address _____ Phone _____

Date Purchased _____

Purchased From (Dealer Name) _____

How did you hear about us: ___ Catalog   ___ Webpage   ___ Friend   ___ Magazine

Other, Please Explain _____

Are you a:       ___ Bow Hunter       ___ Gun Hunter       ___ Both

Treestand Preference:       ___ Fixed Position   ___ Climbing Ladderstand

X-Stand Treestands | 14645 Felton Court, Suite 103 | Apple Valley, MN 55124

14    **READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

# STANDARD LIMITED WARRANTY

**Warranty:** X-Stand™ Treestands warrant all X-Stand™ treestands, climbing system products and hunting accessories to be free from defects in material and workmanship for a period of twelve months from the original date of retail purchase.  X-Stand™ Treestands warrants the enclosed hardware (where applicable) is delivered to be free from physical defects for a period of twelve months from the original date of retail purchase.

**Repair Procedures, Exclusive Remedy:** X-Stand™ Treestands will at its option, repair, or replace products not conforming to this limited warranty at no charge. THIS IS THE SOLE AND EXCLUSIVE REMEDY AVAILABLE FOR BREACH OF WARRANTY OR UNDER ANY OTHER LEGAL THEORY WITH RESPECT TO  X-STAND™ Treestands. If you find a product to be defective, contact the customer service department at 540-877-2769. When you receive authorization, return the product as directed at your expense. Product repairs not covered by warranty, and product updates, will be provided at a set rate.

**Limitations:** This warranty is void if the product is damaged by improper or abnormal use or by accident; if the product is altered or modified in any way other that those directed by official  X-Stand™ Treestands instructions; or if any attempt is made to repair the product without authorization from  X-Stand™ Treestands. It is solely the purchaser's responsibility to determine the suitability of these products for each particular application.  X-Stand™ Treestands products are intended for hunting and hunting only.  X-Stand™ Treestands are in all events not suitable, and are not authorized, for use in any situations that might pose potentially injurious to life and health, other than those situations that the products are intended for. This warranty is not assignable or transferable.

**No Other Warranties:** EXCEPT AS PROVIDED IN THIS LIMITED WARRANTY SET FORTH IN THE WARRANTY CARD SUPPLIED WITH  X-STAND™ TREESTANDS AND INSTRUCTION SHEETS ARE PROVIDED "AS IS". ALL OTHER WARRANTIES AND REPRESENTATIONS, ORAL OR WRITTEN, EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE EXCLUDED AND DO NOT APPLY. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HERE OF. Except as required by law, no representative, agent or employee of  X-Stand™ Treestands is authorized to make warranties, representations, or obligations inconsistent with or in addition to those set forth in this limited warranty.

**No Damages:** IN NO EVENT WILL  X-STAND™ Treestands BE LIABLE FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES RESULTING FROM BREACH OF WARRANTY OR UNDER ANY OTHER LEGAL THEORY, even if advised of the possibility of such damages. In no event will  X-Stand™ Treestands be liable for sums in excess of the purchase price of the product. X- Stand Treestands is thus not liable for lost profits or goodwill; downtime; damage or destruction of items or equipment used with, or in conjunction with,  X-Stand™ Treestands; personal injury or loss; or any other damages.

**General:** (a) This agreement is the entire agreement between you and  X-Stand™ Treestands.; supercedes any prior or different agreements, representations, or proposals; and may be changed only by written agreement with  X-Stand™ Treestands. (b) Waiver by any party of any default or breach of this agreement will not constitute a waiver of any subsequent default or breach of the same of different kind. (c) The invalidity of any provision of this agreement shall not affect the validity of the other provisions hereof. (d) This agreement shall be governed by the laws of the State of Minnesota, U.S.A.  X-Stand™ Treestands; Apple Valley, MN 55124

READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.    15

This instruction manual complies with the Treestand Manufacturers Association's Standard Test Method for Treestand Fall Arrest Systems.

# X-STAND.COM



**14645 Felton Court, Suite 103   |   Apple Valley, MN 55124  |  540-877-2769 • Fax: 952-236-6458**

First Edition, January 2015. Published by X-Stand Treestands, Apple Valley Minnesota. © X-Stand Treestands. All rights reserved.

 This X-Stand product(s) has been tested to rigid industry standards. Safe operation and use of this X-Stand product(s) is the responsibility of the user(s). Please read and follow all safe use instructions and warnings. Failure to follow these may result in serious injury or death!