# EXHIBIT B

```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION


                                    )
RICHARD WALKER,                     )
              Plaintiff,            )
                                    )
v.                                  )   Case No. 3:20-cv-773
                                    )
ALLIANCE OUTDOOR GROUP, INC.  )
And ALLIANCE OUTDOORS             )
PRODUCTS, INC., d/b/d X-STAND )
TREESTANDS,                         )
              Defendants.           )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
```

*********************************************************

VIDEO DEPOSITION OF RICHARD WALKER

*********************************************************




February 9, 2021
Richmond, Virginia






Reported by:  DorothyJane Gatzek Parker



Page 102

1    Q    Well, I mean, isn't that the place that
2  you, as a person that's purchasing these, are looking
3  to determine how to safely use the product?
4         MR. SPINELLI:  Wait a minute.  Same
5  objection.  Calls for speculation, but go ahead and
6  answer if you can.
7    A    Say that again.
8  BY MR. SUTTON:
9    Q    Yes.  As a, as a consumer, purchaser of
10  these products --
11    A    Uh-huh.
12    Q    -- don't you look at the instructions to
13  determine how to safely use the products?
14    A    Well, safely use the product; okay.  Yes.
15  I would say that.
16         Most people I would say look at it to know
17  how to use the product, which I assume would be
18  safely.
19    Q    Okay.  And isn't the instructions also the
20  place where the manufacturer puts in how to safely
21  maintain the product?
22         MR. SPINELLI:  I'm going to put an
23  objection -- hold on -- I'm going to put an objection.
24  Again, calls for speculation.  Go ahead and answer if
25  you can.

Page 103

1    A    I -- once again; okay.  Say the question
2  again.
3  BY MR. SUTTON:
4    Q    As a consum- -- consumer --
5    A    Yes.
6    Q    -- the person that's purchasing these
7  products, don't you look and rely upon the
8  instructions to tell you how to safely maintain the
9  product?
10    A    Of course.
11    Q    Okay.  That's where you'd expect them to
12  be; right?
13    A    How to, how to, how to maintain it, you
14  said?
15    Q    Right.
16    A    Okay.
17    Q    Okay.  And you know that you have to
18  follow the instructions in order to make sure that
19  you're safely using the product; right?
20    A    Uh-huh.
21    Q    Is that a "yes"?
22    A    I would -- oh, yes.
23    Q    And, and that's common sense for you;
24  right?
25         That's where you would look; right?

Page 104

1         MR. SPINELLI:  Same objection.  Same
2  objection.  Also objecting to form.  Go ahead and
3  answer if you can.
4         MR. SUTTON:  We're in federal court, so
5  your objections are really just limited to form, so I
6  appreciate you just limit them on the form.
7         MR. SPINELLI:  Sure.
8  BY MR. SUTTON:
9    Q    So --
10         MR. SPINELLI:  You're good.
11  BY MR. SUTTON:
12    Q    In any event, back, back to my question.
13         So, sir, would you agree to me that it is
14  vital to follow the instructions of the manufacturer
15  when using a product such as a tree stand, which has
16  an inherent danger?
17         MR. SPINELLI:  Objection to form.
18    A    Vital --
19         MR. SPINELLI:  Go ahead and answer.
20    A    I'd say follow the instructions.
21         Vital?  That's subjective.  I don't know.
22  BY MR. SUTTON:
23    Q    Okay.  Would you agree to me, with me,
24  that it's important to follow the instructions of the
25  manufacturer to make sure that you safely use the

Page 105

1  product such as a tree stand, which has an inherent
2  danger of falling?
3         MR. SPINELLI:  Same objection.  Go ahead
4  and answer.
5    A    It's almost the same question over and
6  over, so I'd say -- I guess, yes.  Yes.  Okay.  I'll
7  say yes.
8  BY MR. SUTTON:
9    Q    And the reason it's a different question
10  is because you objected to the word "vital," which it
11  sounded like you had a little problem with
12  understanding that --
13    A    Well, no.
14    Q    -- so I, I removed the question, the, the
15  word --
16    A    Oh.
17    Q    -- "vital" --
18    A    Okay.
19    Q    -- okay?
20         Would you agree with me that it's
21  important to read the instructions to make sure that
22  you are properly maintaining the product correctly?
23         MR. SPINELLI:  Same objection.  Go ahead
24  and answer.
25    A    I'll give a yes on that.

Page 146

```
 1  And, and, the bottom piece.  It only went down you
 2  know, that far maybe.  I don't know.
 3      Q    Four or five inches?
 4      A    Eight inches maybe.  I don't know.
 5      Q    But in any event, having the harness
 6  attached at that point in time during your climb and
 7  at all times --
 8      A    Uh-huh.
 9      Q    -- also prevents you from --
10      A    Yeah.
11      Q    -- a fall if that, when that happened?
12      A    If I'd afell out of the other part, yes.
13      Q    Okay.
14      A    It would have helped.
15      Q    Okay.  And you knew as a user of these, of
16  these products, that it was essential for you to wear
17  your harness and have it attached to the tree at all
18  times?
19      A    Yes.
20          MR. SPINELLI:  Objection to form.
21      A    And...
22  BY MR. SUTTON:
23      Q    Go ahead and answer.  Answer the, answer
24  the question that's been asked.
25      A    Yes.
```

Page 147

```
 1      Q    Okay.  Now, you fell in this particular
 2  case when your harness was not attached to the tree;
 3  right?
 4      A    Correct.
 5      Q    Would you agree with me that if you had
 6  had your harness attached to the tree, you would have,
 7  not have fallen to the ground?
 8          MR. SPINELLI:  Don't answer yet.
 9          Objection.  Object to form.  Go ahead and
10  answer.
11          THE DEPONENT:  Should I tell the whole
12  thing how, you know?  I wanted to get --
13          MR. SPINELLI:  Just, just an- --
14          THE DEPONENT:  -- to a certain level.
15          MR. SPINELLI:  Answer the question, and
16  then I think maybe we'll take a, maybe a break.
17          MR. SUTTON:  We can take a, we can take a
18  break while --
19          MR. SPINELLI:  Let's close this -- yeah.
20  Let's close this question out.  I gotcha.
21  BY MR. SUTTON:
22      Q    So, my question is specific.
23          So, question.  Counsel's objected to
24  form -- okay -- but my question is specific, which is,
25  if you were attached to the tree with your harness at
```

Page 148

```
 1  the time the incident occurred, wouldn't you agree
 2  with me that you would not have fallen to the ground?
 3      A    Yes.
 4      Q    Okay.
 5      A    However, a reasonable person would think
 6  that for 30 seconds of undoing it and putting it above
 7  the object so that I could pull my stand up to the
 8  object, a reasonable person would think for 30 seconds
 9  this, this thing that can hold 300 pounds, would hold
10  a 160-pound man with his gun or bow.
11      Q    The second question, if you did -- if that
12  occurred, and you did fall, the platform itself was
13  still at height, was it not?
14          You could have gotten back on the platform
15  is all I'm saying?
16      A    Yeah, if the platform didn't break.
17      Q    Well, wasn't the platform that -- strap
18  that broke, it was the climbing part strap that broke;
19  right?
20      A    Right.
21      Q    The platform was still attached to the
22  tree; right?
23      A    No.  It all came down together.  Don't you
24  see the pictures?  It all came down with me.
25      Q    The, the platform and the strap all came
```

Page 149

```
 1  down together -- I mean, and the upper portion all
 2  came down together; right?
 3      A    Yeah.  As I recall, those pictures, which
 4  I think you have copies of, shows that stand right
 5  near the bottom kind of cocked over and broken.
 6          You got to realize, once it broke, I don't
 7  know what happened.  I know I woke up on the ground on
 8  a bunch of roots, big roots, checked myself.  Knew I
 9  was hurt bad, called my friend, and then signaled with
10  my whistle.
11      Q    We're going to get to that, to the
12  accident, you know, in a bit, after our break; but,
13  but again, all of the instructions that you read --
14      A    Uh-huh.
15      Q    -- and the DVD that you watched --
16      A    Uh-huh.
17      Q    -- all told you never to detach your
18  tether, your harness from the tree at any time; true?
19      A    Well, I have on pine trees.  I had --
20      Q    That's not what, what you've done.  I'm
21  asking what --
22      A    Uh-huh.
23      Q    -- those instructions --
24      A    Yes.  You --
25      Q    -- all these instructions, you watch all
```

**MAGNA**
LEGAL SERVICES

Page 210

1      Q      And you think they were in there?
2      A      Pardon me?
3      Q      Do you think that the ratchet straps were
4  in there?
5      A      Oh, I know they were.
6      Q      And you were wearing your harness; is that
7  right?
8      A      Correct.
9      Q      When did you put on your harness?
10      A      At the truck.  It was easier to carry
11  everything that way.
12          Now, I didn't have my bow with me.
13      Q      What happened to your bow?
14      A      I was going to go back and get it.
15      Q      You were going to climb up in the tree
16  stand first, and then climb back down --
17      A      Yeah.  I was going to go up there.
18      Q      Okay.
19      A      Make sure I got my shooting lanes, come
20  back down, go out, and get my equipment.
21          At that time of year, you know, nothing
22  moves until, like, you know, 6, 7:00, I guess.
23      Q      And you attached both the upper and lower
24  portion in the same way you just showed us; right?
25      A      Yes.  Yes, sir.

Page 211

1      Q      Did you atta- -- attach your harness?
2      A      Now -- pardon me?
3      Q      Did you attach your harness?
4      A      Yes.  At the, at the base, yes.
5          I realize it wasn't just one, two, three
6  steps like this.  I fooled around.  I found the tree.
7  I went over and checked the trail.  I come back, you
8  know.  It, it wasn't like I did this, this, and this,
9  and...
10      Q      Fair enough.
11          What else did you do at the scene, then,
12  before you put the stand on the tree?
13      A      Well, I went over to make sure there was
14  fresh tracks on the trail.
15      Q      Okay.  Anything else?
16      A      -- well, there is a, a creek between me
17  and the trail.  There's a creek.  I crossed the creek,
18  and went over there.
19      Q      Okay.  Anything else that you did at the
20  scene before you put the stand in the tree?
21      A      Pard- -- pardon me?
22      Q      Anything else you did at the scene before
23  you put the, the stand in the tree?
24      A      Just walked around.  And there was a a --
25  there's an old wood -- see, I was right off an old

Page 212

1  logging trail.  I kind of looked over there, always
2  looking for tracks, but, you know, it's not a good
3  place --
4      Q      Okay.
5      A      And I -- well, we'll wait on that.
6      Q      Anything else?
7      A      No, sir.
8      Q      Okay.  Then you hooked the stand to the
9  tree; is that right?
10      A      Yes.
11      Q      And you hooked your harness to the tree;
12  is that right?
13      A      Yes.
14      Q      And you got in, into the stand; right?
15      A      Correct.
16      Q      And then you began to climb?
17      A      Right.
18      Q      Tell me about that.
19          How high did you climb?
20      A      Oh, about 12 feet, 11 to 12 feet.
21          Now, I have to climb slow, do you
22  understand?
23          I don't have complete bend to my knee, so
24  my pull-up is very small compared to the regular
25  person.

Page 213

1      Q      Because of the, of your disability, you --
2      A      Well, you know, you could probably lift
3  your knees up like this (indicating).  I can lift them
4  up like this (indicating) because this one restricts
5  me.
6      Q      Okay.  Because your disability restricts
7  you?
8      A      Right.  Correct.
9      Q      Okay.
10      A      So I have to take, I guess you call it
11  steps.  I have to take smaller steps to go up the
12  tree.
13      Q      So you climbed up to about 12 feet.
14          Any problems climbing up to 12 feet?
15      A      Yes.
16      Q      What problems?
17      A      There was a big vine there.
18      Q      Couldn't you see the vine before you
19  selected the tree?
20      A      Yes.
21      Q      And you elected to use the, the tree
22  anyway?
23      A      Correct.
24      Q      Why is that?
25      A      I thought I could remove the vine.

Page 214

```
1        Q    So eventually you climb up to the, to the
2   vine; right?
3        A    Yes, sir.
4        Q    And did you try to remove the vine?
5        A    Yes; but, you know, I'm not going to do a
6   dance up there.
7             I tried, I tried left-handed.  I tried to
8   pull it loose.  I tried to pull it from down.  I tried
9   to pull it from up, but it was all the way to the
10  ground, and -- which you can see there.
11            And I thought, Well, this could be good
12  enough.  I'll just take and hook my strap up here,
13  pull my stand up to the base of the vine, and it
14  looked pretty good.
15       Q    Okay.  So the vine went all the way from
16  where you were, all the way down to the ground?
17       A    No.  The vine came from another tree.  It
18  came over.  It was growth by growth, it was on this
19  tree; came down just a little ways, then went out like
20  this (indicating) into the ground, out to one side
21  there, which, if you will look at the, if you look at
22  the, the curvature, there's part of it right there.
23            Where's the other part?  It's part of it
24  there.
25            Here's where it was hooked, up in this
```

Page 215

```
1   area here.
2        Q    Okay.  Hold on a second.
3        A    See that there.
4        Q    You're being helpful.  Hold on.  Before
5   you go on, we've got to show people, so we can follow
6   along --
7        A    Oh, I'm sorry.
8        Q    -- okay?
9             So you just showed me Exhibit 14, and you
10  said it was hooked up --
11       A    Some -- around here.
12       Q    -- right up here, but there's a knot
13  there.
14            Do you see that?
15       A    Right.  That might be part of it.  I don't
16  know.
17       Q    Okay.  What appears to be a knot on the
18  left side of the tree trunk on this photograph, little
19  bit below where the tree behind it kind of crosses
20  over; right?
21            Sir, is that right?
22       A    Oh, yeah.  There, there's an object there.
23  I can see that.  That could be part of it.  I don't
24  know.
25       Q    Okay.
```

Page 216

```
1        A    Because -- well, that don't go up high
2   enough.
3            MR. SPINELLI:  Okay.  He'll, he'll ask the
4   question, and you can answer it.
5        A    It was a pretty good, big thing.  It came
6   down with me.
7   BY MR. SUTTON:
8        Q    And do you believe what we see in Exhibit
9   17 is the vine?
10       A    Part of the vine.
11       Q    Okay.  Now, the vine did not come down on
12  the trunk of the tree you were climbing, so you did
13  not have to climb over the top of it; is that right?
14       A    I couldn't break it loose.  I was going
15  to, I was going to break it loose, you know, like
16  this, and just keep climbing.
17       Q    Is there any reason why you didn't bring
18  this height, or hunt from the height you were at?
19       A    That's what I decided.  My stand was just,
20  my stand was maybe this far below the vine, you know,
21  as far as you, your legs.
22       Q    Okay.  So 3 feet --
23       A    What I was going to do.
24       Q    -- below the vine?
25       A    What I was going to do was hook it here.
```

Page 217

```
1   The vine's over here.  I was going to bring my stand
2   up even with the base of the vine, and sit there --
3   well, when I come back, but I wanted to see what --
4   see, because straight across is the creek there.
5        Q    And the purpose of you climbing at this
6   time was just to see that your shooting lanes were
7   open; right?
8        A    Correct, because I hadn't been up that
9   tree.  It's always good to see what your shooting lane
10  is.
11       Q    Okay.  So what happened next when you got
12  up there?
13            You tried to take the vine down, and you
14  couldn't do it?
15       A    And I wasn't going to, I wasn't going to,
16  as I say, dance on the sta- -- I wasn't going to jump
17  around trying to pull the thing loose.
18            I undid my belt.  It was right here, stood
19  up to put up, and that's the last thing I remember
20  until I was on the ground.
21       Q    Okay.  I want to see if I understand.
22            So you made this determination that your,
23  your tether of your harness was attached below the
24  vine --
25       A    Yes, sir.
```

MAGNA
LEGAL SERVICES

Page 218

1    Q    -- right?
2    A    Yes, sir.  Right here.
3    Q    And you wanted to move that strap, the
4  tree strap --
5    A    Right here.
6    Q    -- above the vine; right?
7    A    Just -- yeah.  Remember, it's this far.  I
8  was going to pull the stand up on this side here.  You
9  know, you can turn it a little bit, but this side
10  here, and I'm looking straight across.
11    Q    Okay.  But just follow.  We're breaking
12  this down.
13         So you got up to the, to your -- so you,
14  you brought the tree stand up close to the vine;
15  right?
16    A    I was attempting to get up close to the
17  vine.
18    Q    Okay.  And in order to do that, you
19  decided you were going to move your tree strap from
20  your harness, and you were going to detach it from the
21  tree, and move it above the --
22    A    The thing is --
23    Q    -- vine?
24    A    -- either that, or I pull the stand up,
25  and my tree strap is down here behind -- below me.

Page 219

1    Q    Or you could have used a different tree;
2  right?
3         You could have used a different tree;
4  right?
5    A    Go to a different tree?
6    Q    You could have elected to use a different
7  tree; right?
8    A    Not there.
9    Q    Okay.
10    A    That's why I took that tree.  It was a
11  straight one.
12         You, your people took pictures of the
13  whole area there that'll see -- you can see what the
14  trees look hike.
15    Q    Okay.
16    A    Remember?
17    Q    Okay.  The question is, when you removed
18  your harness, you knew you were acting contrary to the
19  safe use of this stand; right?
20    A    I didn't look at it that way.  I felt that
21  stand could hold me for a minute or two while I
22  reattach.
23    Q    I guess you misunderstood.
24    A    I'm telling you what I thought.
25    Q    I, I, I understand, but I'm just saying

Page 220

1  everything you had read, all of the instructions that
2  told you never to, to remove the harness; right?
3    A    Uh-huh.
4    Q    Is that a "yes"?
5    A    Yes.
6    Q    And all the videos that you watched, they
7  told you not to remove your harness; right?
8    A    Years before, yes.
9    Q    And so you knew that when you -- you told
10  me what you were thinking at that time, that you
11  didn't think about it, but you knew, because you had
12  been taught that --
13    A    Uh-huh.
14    Q    -- that that was contrary to what the
15  instructions were telling you to do; right?
16    A    Did I know it?  At the time I didn't think
17  about it.
18    Q    Okay, but not thinking about it is not
19  different from doing it.
20         If you had thought about it, you knew it,
21  because you had already read it repeatedly; right?
22    A    Okay.
23         MR. SPINELLI:  Objection to form.
24  BY MR. SUTTON:
25    Q    Is that true?

Page 221

1         MR. SPINELLI:  Go ahead and answer.
2  BY MR. SUTTON:
3    Q    Isn't that true?
4    A    Yep.  Yeah.
5    Q    Okay.  Now, you reached up to, to move
6  that strap up, and you were standing on the platform
7  right?
8    A    I'm standing on the platform.
9    Q    Right.
10    A    I'm sorry.  I wasn't.  I was sitting
11  actually.
12         Here's the vi- -- here's the vine right
13  here -- okay -- and I'm like this; all right.
14         I'm moving it.  Here's my strap.  I undid
15  the strap to put it here, pull up the stand a little
16  higher; okay?
17         Does that make sense to you?
18    Q    Yeah.  This is what I'm trying --
19    A    Okay.
20    Q    -- to get --
21    A    All right.
22    Q    Because you're showing me --
23    A    But when I stood up, when I stood up,
24  that's the last thing I remember.
25    Q    And that -- this --

MAGNA ◗
LEGAL SERVICES