

# PRELIMINARY REPORT

Prepared for:

Emroch & Kilduff
**Attn: Mr. William Kilduff**
3600 W. Broad Street, #700
Richmond, Virginia 23230

By: **William E. Dickinson, P.E.**
On: **August 28, 2020**

Your Reference: Richard Walker v X-Stand
Wolf Project No.: 19-0091-3587



Wolf Technical Services, Inc. ∘ 9855 Crosspoint Blvd. Suite 126 ∘ Indianapolis, IN 46256
(800) 783-9653 ∘ (317) 842-6075 ∘ FAX (317) 842-6974



between 9 and 20 inches in diameter. The cable is secured in the support with the spring bolt and retaining pin (see Figure 1a on the right side of the previous page). This is the adjustable end of the cable. The opposite end is the fixed end which is secured to the opposite support with a threaded fastener. The cable on Mr. Walker's stand failed at the fixed end at the support.



Once the seat section and foot section are on the tree, they should be configured as shown in Figure 3 on the right side of this page. The climbing tree stand is ready to be used to climb the tree to the desired level above the ground.

To climb the tree, the hunter places his weight on the foot section and positions the seat section just below the hunter's waist height making sure the cable and bark biters are firmly contacting the tree. The hunter should be using his fall protection system at this time. However, information available to designers of elevated hunting platforms show that a large percentage of hunters do not consistently use fall protection systems while ascending or descending from their elevated hunting platform.