```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       RICHMOND DIVISION

 3   -----------------------------------

 4   RICHARD WALKER,

 5                        Plaintiff,

 6   v.                                    CIVIL ACTION NO.
                                              3:20-cv-773
 7   ALLIANCE OUTDOOR GROUP, INC.,
     and
 8   ALLIANCE OUTDOORS PRODUCTS, INC.,
     d/b/a X-STAND TREESTANDS,
 9
                         Defendants.
10
     -----------------------------------
11

12

13

14
                            VIDEOTAPED
15
              DEPOSITION UPON ORAL EXAMINATION
16
       OF ALLIANCE OUTDOOR GROUP, INC., BY AND THROUGH
17
                         ROBERT MEYER,
18
           TAKEN ON BEHALF OF THE PLAINTIFF
19

20              Lakeville, Minnesota

21                 May 5, 2021

22

23   -----------------------------------

24        KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                  Court Reporter
```

EXHIBIT C

Page 41

1  time when it was first manufactured in 2013 to
2  today?
3      A.   Sorry about that.
4      Q.   Sure.
5      A.   The modification is on the -- on the
6  arms. I don't know if you can scroll down to see
7  the picture at all. It might be a little easier to
8  describe.
9      Q.   Okay. Describe it for me. That's fine.
10 That works.
11     A.   Okay. You know, on the -- on the seat
12 platform, foot platform, there's the -- the arms
13 that can rotate and pivot. The -- the tubing
14 thickness of the -- of the pipe where the bolt goes
15 through -- they -- they increased the size of -- of
16 the pipe where the bolt goes through, just like the
17 -- the wall thickness of it, so, it's a bigger
18 diameter. And then because they did that, then the
19 tubing that goes up and that creates the arm itself
20 is all a bigger diameter because they wanted it to
21 match and be able to be manufactured easier, you
22 know, with them all matching the same -- same
23 diameter. So, they changed that.
24          And then basically what that did is
25 because the -- the tubing on the arms are -- are

Page 42

1  bigger, that the -- the inside diameter where the
2  cable goes into is slightly larger. So, they ended
3  up putting a thicker plastic coating over the cable.
4  And that's the changes.
5      Q.   Okay.
6      A.   You know, the thicker plastic cable --
7  all that is doing is because the -- the -- the tube
8  itself on the inside is larger, so, the -- the
9  plastic diameter or the -- sorry, not the
10 diameter -- the plastic coating is just a little bit
11 thicker to help make it a snug fit instead of being
12 real loose and floppy.
13     Q.   Okay. Okay. Thank you.
14          When you say the tube, are -- do you
15 mean the -- the cable assembly?
16     A.   No.
17     Q.   Okay. So...
18     A.   If -- if you could draw to the drawing,
19 I -- I can point it out quite a bit better.
20     Q.   Sure. Did you have -- the -- the -- the
21 drawing model. All right. Let's see if we can do
22 that. Can we go back up to the -- the top one and
23 let's just sort of move down. And if you could tell
24 me where -- where to stop.
25     A.   Maybe just the -- yeah. This is fine.

Page 43

1  So, if you look at the -- the seat section, so, the
2  top part --
3      Q.   Yeah.
4      A.   -- the arms -- so, the way that they
5  attach to the -- to the seat platform is there's
6  bolts that go through a pipe. And then where that
7  pipe is, that was -- that was made with the larger
8  -- larger -- sorry -- a thicker wall on that pipe.
9  So, because that pipe became bigger with a -- a
10 larger outside diameter, then the tubing in the arms
11 was all increased to match. And then because the
12 tubing is larger than the inside of that, so, the
13 tubing became bigger also. That's where we used a
14 -- a -- a slightly thicker plastic coating.
15     Q.   Got you. Okay. So, did that alter any
16 aspect of the cable?
17     A.   The -- the only thing it did was made a
18 -- a slightly thicker plastic coating over the
19 cable.
20     Q.   Okay. Okay. All right. And when did
21 this change take place?
22     A.   It would have been when we changed to a
23 new factory. It's on your list there. I don't
24 really recall the date. I saw it -- I saw it
25 earlier.

Page 44

1      Q.   Would it have been before or after the
2  recall event, which was in August of 2020?
3      A.   Before.
4      Q.   Okay. It would have been after the --
5  the events at issue here -- after the injury
6  occurred to Mr. Walker, which was in, I believe,
7  2018?
8      A.   Say that again.
9      Q.   It -- it was sometime between 2018 and
10 20 -- 2020?
11     A.   Yes.
12          MR. SPINELLI: Okay. Okay. And can we
13 drop down so we can put on the record what page we
14 were looking at when we had that discussion? That
15 -- that would have been page 6. Okay. Okay.
16 BY MR. SPINELLI:
17     Q.   So, with those changes that were
18 implemented did that generate any new blueprints?
19     A.   I would assume, yes.
20     Q.   Okay.
21     A.   But --
22     Q.   Go ahead.
23     A.   What I was -- I was going to say is we
24 started working with the new factory, which in
25 return they would have -- they would have created

Page 45

1   new blueprints anyways. And -- and that was -- that
2   was -- just their manufacturing method that they
3   preferred was to -- to make it that way.
4       Q.   Okay. Do we -- so, it was that the --
5   the manufacturing company preferred to make those
6   changes?
7       A.   That's correct.
8       Q.   Okay. So, those changes didn't have
9   anything to do with trying to fix or prevent
10  injuries such as what happened in Mr. Walker's case?
11      A.   That's correct.
12      Q.   Okay. Okay. That was just a preference
13  of the manufacturing company?
14      A.   Yes.
15      Q.   Okay. Did they -- did you ever see such
16  a design blueprint with these modifications?
17      A.   I don't believe so.
18      Q.   Okay. Do you know if -- do you know if
19  those actually exist? Because we've asked for them
20  and we haven't seen them. That's why I'm asking.
21      A.   I can only assume that they exist, but I
22  -- I do not have them.
23           MR. SPINELLI:   Okay. Okay.
24           MR. SUTTON:   And just so you know, we
25  haven't been able to get those.

Page 46

1            MR. SPINELLI:   Okay. Thank you.
2   Appreciate that.
3   BY MR. SPINELLI:
4       Q.   All right. So, let's talk a little bit
5   about the decision to use the cable design in -- in
6   this -- in this particular product. And we've sort
7   of covered this previously, but do -- do -- do you
8   know where the -- the actual cable that was at issue
9   in this case --
10           MR. SPINELLI:   And you can take that --
11  you can take the exhibit down now. I don't -- I
12  don't need it right at this moment.
13  BY MR. SPINELLI:
14      Q.   Do you know -- do we know where the
15  actual cable that was at issue in this case was --
16  was actually manufactured?
17      A.   I believe Keith gave that to you
18  earlier.
19      Q.   Okay. Well, it's my understanding it
20  was manu -- that it was actually manufactured
21  somewhere in China, but we're not sure where. Is
22  that consistent with your understanding?
23      A.   You know, I'm -- I'm not sure. I'd have
24  to review it.
25           MR. SPINELLI:   Okay. So, just to be

Page 47

1   clear on this, let's go and take a look again, if
2   you would, at number 40 -- page 40. Brendan, if you
3   could put that up. And if we could drop down to the
4   20 -- the steel cable/wire rope supplier. Okay.
5   BY MR. SPINELLI:
6            So, what we have here -- and you can see
7   2015-2016, cables manufactured and supplied by a
8   component supplier to Yangzhou Auto Parts, but the
9   component supplier -- we don't know who that is; is
10  that -- is that correct? I mean, it's consistent
11  with -- with what we heard earlier.
12      A.   Yes.
13      Q.   Okay. Okay. So, with that in mind, do
14  we know what sort of quality control was in place at
15  that location, the component -- the component
16  supplier location?
17      A.   I -- that I'm not sure of.
18      Q.   Okay.
19      A.   I think -- I don't think that was on my
20  -- my list for quality checks.
21      Q.   Well, I'm asking about -- and -- and
22  this is concerning number 3, and I'm asking you
23  about cable specifications. So, I'm sort of --
24  that's why I'm asking about quality control, but if
25  you don't know you don't know, if you do know you

Page 48

1   do, and please let me know.
2            So, let me just rephrase it or restate
3   it. Do we know what kind of quality control was in
4   place at that component supplier?
5       A.   I do not.
6       Q.   Okay. Do we know whether the wire cable
7   that was manufactured was coated or -- or not
8   coated?
9       A.   Yeah. It's zinc galvanized.
10      Q.   Okay. You -- you think that it's a --
11  well, it -- it -- it's a zinc -- a galvanized zinc
12  coating --
13      A.   Yeah.
14      Q.   -- is that correct?
15      A.   Yes.
16      Q.   Okay. So -- and how do you know that it
17  was -- it was a galvanized zinc coating?
18      A.   After discussing with Barry.
19      Q.   Well, don't tell me what you discussed
20  with Barry.
21           Let me ask you, have you seen any
22  materials or documents that have been produced to us
23  that reflect the presence of a galvanized zinc
24  coating on the -- on the wires?
25      A.   Not that I recall.