```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       RICHMOND DIVISION

 3    ------------------------------------

 4    RICHARD WALKER,

 5          Plaintiff,

 6    v.                        CIVIL ACTION NO. 3:20-cv-773

 7    ALLIANCE OUTDOOR GROUP, INC.,
      and
 8    ALLIANCE OUTDOORS PRODUCTS, INC.,
      d/b/a X-STAND TREESTANDS,
 9
            Defendants.
10
      ------------------------------------
11

12

13

14
                    AUDIO-VISUAL VIDEOTAPED
15
                 DEPOSITION UPON ORAL EXAMINATION
16
                      OF NATHAN M. STIEREN,
17
                 TAKEN ON BEHALF OF THE PLAINTIFF
18

19                     Unionville, Missouri

20                       August 31, 2021

21

22

23     ---------------------------------------------

24         KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                       Court Reporter
```

**CONFIDENTIAL**

EXHIBIT D

*Halasz Reporting & Video | 804.708.0025*
*1011 East Main Street Richmond, VA 23219*

Page 13

1  case, which was 2015?
2       A.   I wouldn't know.
3       Q.   Okay.  Do you know who designed the 2015
4  -- the -- the -- the product at issue in this case,
5  the 2015 treestand?
6       A.   I don't remember.
7       Q.   Okay.  Do you know how Alliance would
8  choose a -- a manufacturer for -- for its products?
9       A.   No.  I'm not really involved in the
10 day-to-day operations.  I -- I've got good -- I have
11 good team members and I rely on them.
12      Q.   I understand.  I -- I understand.  Who
13 -- who was the individual involved with making a
14 decision as to where to manufacture of the product
15 would -- would take place and with -- with what --
16 what entity?
17      A.   You know, to be sure I'd have to ask Bob
18 Meyer.  He would know the answer to that.
19      Q.   Okay.  Okay.  Do you know why the tree
20 -- treestand drawings from 2017 were produced but
21 not any from 2015 or earlier?
22      A.   I don't know.
23      Q.   Okay.  Do you know if there were any
24 earlier design drawings prior to the 2017 version?
25      A.   I don't know.

Page 14

1       Q.   Okay.  Do you know if there were any
2  design modifications since the X-Stand model was
3  first manufactured?
4       A.   I don't know.  I know Barry mentioned
5  that --
6            MR. SUTTON:  Hold on.  No.  No.
7            MR. SPINELLI:  Okay.
8            MR. SUTTON:  You don't want to ask --
9  anything we just talked about, that's -- that's
10 attorney-client privilege, so --
11           THE DEPONENT:  Okay.
12 BY MR. SPINELLI:
13      Q.   It -- it may not all be, but I don't
14 want to go down that road, so if Barry told you I --
15 I don't want to touch on that.
16      A.   Okay.
17      Q.   Do you need -- do you need me to restate
18 the question?
19      A.   Yes.  That would be great.
20      Q.   Okay.  Do you know if there have been
21 any design modifications since the X-Stand model was
22 first manufactured?
23      A.   No.
24      Q.   Okay.  Do you know who decided to use
25 the cable design in this particular product?

Page 15

1       A.   I don't know.
2       Q.   Okay.  Do you know what the
3  specifications of the cable design were?
4       A.   I don't know.
5       Q.   Okay.  Do you know where the actual
6  cable that was at issue in this case was
7  manufactured?
8       A.   I don't know.
9       Q.   Okay.  So, just to be clear, you -- I
10 understand you don't know.  You -- you -- you're not
11 in a position to be able to tell me the name of the
12 company that manufactured the cable; is that right?
13      A.   That's correct.  Like I said, you know,
14 I -- I'm not involved in the day-to-day operations
15 and I've got good people that I rely on for those
16 decisions.
17      Q.   Sure.  How many businesses are you --
18 are you the president of?
19      A.   Well, that's a confusing question
20 because we have a -- entities that also own like the
21 building we're in, and so there's nonoperating and
22 operating entities.  So if I had to provide a graph,
23 it would probably make more sense.  But the
24 operating entities -- I believe there's four of
25 them.

Page 16

1       Q.   Okay.  So -- and that's the two Alliance
2  entities and then two others.  Have I got that
3  right?
4       A.   Correct.
5       Q.   Okay.  What are the two other entities?
6  You may have told me already and I've glossed over
7  it, but what are those?
8       A.   A protein shake businesses for kids'
9  health, protein shakes and immune support.  And the
10 other one is electric bikes.
11      Q.   Electric bikes.  Okay.
12           How long has the electric bikes business
13 been -- been around?
14      A.   You know, I -- again we're talking about
15 years ago.  I believe that it was probably formed in
16 2014, maybe 2015.
17      Q.   How about the protein shakes business?
18      A.   It was after that, but I don't know what
19 year.  Maybe 2018, '19.
20      Q.   Okay.  So you -- you -- you're not sure
21 of the name of the company that manufactured the
22 cable; is that correct?  And I apologize if I
23 already asked that, but it that right?
24      A.   That's correct.
25      Q.   Okay.  So you're not in a position to