```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       RICHMOND DIVISION

 3      ---------------------------------

 4      RICHARD WALKER,

 5                           Plaintiff,

 6      v.                                  CIVIL ACTION NO.
                                            3:20-cv-773
 7      ALLIANCE OUTDOOR GROUP, INC.,
        and
 8      ALLIANCE OUTDOORS PRODUCTS, INC.,
        d/b/a X-STAND TREESTANDS,
 9
                             Defendants.
10
        ---------------------------------
11

12

13

14
                             VIDEOTAPED
15
              DEPOSITION UPON ORAL EXAMINATION
16
        OF ALLIANCE OUTDOOR GROUP, INC., BY AND THROUGH
17
                           ROBERT MEYER,
18
              TAKEN ON BEHALF OF THE PLAINTIFF
19

20                      Lakeville, Minnesota

21                         May 5, 2021

22

23      ---------------------------------

24         KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                       Court Reporter
```

EXHIBIT A

Page 25

1  you know, a bunch of steel; you'd have to connect
2  that door to the existing building and make it all
3  structurally sound and everything.  And -- and a lot
4  of that didn't have blueprints.  It was on-the-job
5  engineering and things like that.
6       Q.   Got you.  I got you.  So, it was more
7  than assembling; you would actually sort of alter
8  the doors somewhat to -- to fit the local -- to fit
9  the local situation?
10      A.   Yeah.  Not -- not in all cases, but, you
11 know, part of the time, 30 percent maybe, something
12 like that.
13      Q.   Okay.  And did that ever involve high
14 heat?
15      A.   I'm not sure what you mean by that.
16      Q.   Sure.  Fair enough.  It's a bad
17 question.
18           Did you ever -- did that ever involve
19 any sort of welding work?
20      A.   Yeah.
21      Q.   Okay.  And were you doing that welding
22 work?
23      A.   Yes.
24      Q.   Okay.  So, you have some on --
25 on-the-job experience with metallurgy; is that fair

Page 26

1  to say?
2       A.   With -- yeah.  With welding I would say,
3  yeah.
4            MR. SPINELLI:  Okay.  So, let's go ahead
5  and address the -- the design modifications that
6  were done.  And if I can get us to take a look,
7  please, at -- these pages are going to start on
8  number 6.  Okay.  Thanks.
9  BY MR. SPINELLI:
10      Q.   Do you rec -- do you recognize -- do you
11 recognize what this is?
12      A.   Yeah.
13      Q.   Okay.  What am I looking at here?
14      A.   It looks like a general drawing for --
15 for the -- the treestand.
16      Q.   Okay.  Do you know who did this drawing?
17      A.   I do not.
18      Q.   Okay.  Do you see the date there at the
19 bottom?
20      A.   Yes.
21      Q.   Okay.
22      A.   I believe that's a date, yeah.
23      Q.   And -- and what does the date say?
24      A.   It says 7/26/2017.
25      Q.   Okay.  Okay.  So, is it fair to -- is --

Page 27

1  is it fair to say that -- that these drawings apply
2  to the product that was manufactured in 2017?
3       A.   I would assume.
4       Q.   Okay.  So, I notice that part of it is
5  in -- in Chinese.  Do you know why there's a portion
6  of -- of these documentation -- whether there's a
7  portion of this in Chinese?
8       A.   Do I know why some of it is in Chinese?
9       Q.   Yes, sir.
10      A.   I would assume so the Chinese factory
11 employees can read it.
12      Q.   Okay.  Do you know if this -- this
13 design blueprint was actually produced in China?
14 That is, did the documents that we're looking at now
15 -- were they actually -- do we know if they were
16 originally produced in China?
17      A.   I do not know.
18           MR. SPINELLI:  Okay.  Take a look at the
19 entire document.  Move us through.  If we could --
20 if we could just sort of scroll -- scroll slowly
21 through the next few pages on this.
22 BY MR. SPINELLI:
23      Q.   Do you see any note -- notice or
24 documentation on there with any requirements as to
25 the strength of the product used?

Page 28

1       A.   It -- it's hard for me to answer that.
2  You know, a lot of it is in Chinese.  I -- I don't
3  know what it says.
4       Q.   Okay.  So, it may be there, but it's not
5  in anything that you can read, right, unless you
6  know Chinese?
7       A.   Yeah.
8       Q.   Okay.  How was it determined who would
9  do the manufacturing of the -- of the actual stand?
10      A.   I -- I believe that was a -- a decision
11 by Tony Overbaugh and -- and Top DMS, our agent.
12      Q.   And -- and -- Tony Overbaugh and who
13 else?
14      A.   And our agent, Top DMS.
15      Q.   Okay.  Agent at where?  Agent at where?
16      A.   Their name is Top DMS.  They're the same
17 ones that -- that you presented with -- with Keith.
18 You know, he told you about the broken washers,
19 things like that.
20      Q.   Okay.  So, with Cap TMS; is that what
21 you said?
22      A.   No.  Top.
23      Q.   Can you spell it?
24      A.   T-O-P.
25      Q.   I'm sorry.  Okay.  I -- I -- right.

Page 37

1  2017, the stand itself.
2        MR. SPINELLI: Uh-huh.
3        MR. SUTTON: And this is what we got
4  back from them.
5        MR. SPINELLI: I'm sorry. You -- you
6  trailed off there, Barry.
7        MR. SUTTON: And -- and this is what we
8  got back from them, and we're not familiar with any
9  -- with any changes in the interim.
10       MR. SPINELLI: Okay. So, let me just
11 get an answer directly from the -- I appreciate
12 that. That's helpful. Thank you. Let me -- let me
13 get an answer directly from the -- from the deponent
14 on -- on that point.
15 BY MR. SPINELLI:
16   Q.  So, the -- the question then again was,
17 why did you give us drawings of a treestand from
18 2017 when we should really be looking at designs
19 from 2015 or -- or earlier?
20   A.  I would say because I'm not a hundred
21 percent positive that this is not the same drawing
22 as the 2015 model.
23   Q.  Okay. So, where is the design drawing
24 dated to 2015? You've indicated you agree with me
25 that this is 2017, so, where is -- where is the one

Page 38

1  from 2015?
2    A.  I'm still trying to gather it with
3  either Top DMS or Tony Overbaugh.
4    Q.  Okay. So, Tony Overbaugh is still --
5  he's -- he's still with the company; correct?
6    A.  No. I'm -- I'm -- I think you're a
7  little confused. There's some times you say Tony
8  Overbaugh, some times you say Tony Overby. This
9  is --
10   Q.  Yes.
11   A.  -- all the same person.
12   Q.  Thank you. Okay.
13   A.  Yeah. Sorry.
14   Q.  So, what -- what should it be; Ton --
15 Tony Overby or Tony Overbaugh?
16   A.  Overbaugh.
17   Q.  Thank you.
18   A.  I have a north -- northern accent, I
19 think.
20   Q.  I got you. So, thank you for that.
21       Is -- and, so, but -- but Tony Overbaugh
22 is still an employee; right?
23   A.  No. No.
24   Q.  Okay.
25   A.  He's -- I mentioned before that he's --

Page 39

1  I believe he's working for a competitor, Trophy
2  Treestands.
3    Q.  I see. I see. Okay. Thank you.
4        So, did you -- did you -- did you ever
5  speak with Tony -- Tony Overbaugh about securing
6  drawings from earlier than 2017 on this model?
7    A.  I did not. That was Keith Edberg that
8  -- that was in contact with Tony.
9    Q.  Okay. Do you know if we ever had any
10 designs of this product dating from 2015 or earlier?
11   A.  I'm unsure.
12   Q.  Okay. To your knowledge, does -- does
13 Alliance Outdoor Group often manufacture and
14 distribute products without -- with -- without
15 having a blueprint drawn up or prepared?
16   A.  Do we manufacture without blueprints?
17   Q.  Yes, sir.
18   A.  Well, there's always blueprints.
19   Q.  Okay. So, to your knowledge, Alliance
20 Outdoor Group does not produce or have manufactured
21 a product without having blueprints of that product
22 drawn up first?
23   A.  To my knowledge, yes.
24   Q.  Okay. So, by implication there should
25 be some blueprints drawn up dating to 2013 when this

Page 40

1  product was first manufactured; right?
2    A.  Yeah. Yeah.
3    Q.  Okay. So, these blueprints would not
4  just be stored with one individual subject to his
5  departure from the company typically, would -- would
6  they?
7    A.  It's -- I would say it's possible.
8    Q.  Okay.
9    A.  Well, this was -- no. Never mind.
10 Forget it.
11   Q.  Is -- you have a -- you have a shared
12 data system of some sort at Alliance Outdoor Group;
13 right? Shared files?
14   A.  Yeah, now we do. I mean, back in 2015
15 things like that -- it wasn't as common.
16   Q.  Okay. So, back at -- back at that time
17 people would have their -- certain things relevant
18 to products stored on -- on -- on their individual
19 computers, but -- but not shared to some shared
20 collective system; is that right?
21   A.  Yeah.
22   Q.  Okay. Okay. So, moving to -- let's
23 take a look at, yeah, design modifications since the
24 X-Stand model was first manufactured. Okay. What
25 changes have taken place with the model between the

Page 41

```
1   time when it was first manufactured in 2013 to
2   today?
3        A.   Sorry about that.
4        Q.   Sure.
5        A.   The modification is on the -- on the
6   arms.  I don't know if you can scroll down to see
7   the picture at all.  It might be a little easier to
8   describe.
9        Q.   Okay.  Describe it for me.  That's fine.
10  That works.
11       A.   Okay.  You know, on the -- on the seat
12  platform, foot platform, there's the -- the arms
13  that can rotate and pivot.  The -- the tubing
14  thickness of the -- of the pipe where the bolt goes
15  through -- they -- they increased the size of -- of
16  the pipe where the bolt goes through, just like the
17  -- the wall thickness of it, so, it's a bigger
18  diameter.  And then because they did that, then the
19  tubing that goes up and that creates the arm itself
20  is all a bigger diameter because they wanted it to
21  match and be able to be manufactured easier, you
22  know, with them all matching the same -- same
23  diameter.  So, they changed that.
24            And then basically what that did is
25  because the -- the tubing on the arms are -- are
```

Page 42

```
1   bigger, that the -- the inside diameter where the
2   cable goes into is slightly larger.  So, they ended
3   up putting a thicker plastic coating over the cable.
4   And that's the changes.
5        Q.   Okay.
6        A.   You know, the thicker plastic cable --
7   all that is doing is because the -- the -- the tube
8   itself on the inside is larger, so, the -- the
9   plastic diameter or the -- sorry, not the
10  diameter -- the plastic coating is just a little bit
11  thicker to help make it a snug fit instead of being
12  real loose and floppy.
13       Q.   Okay.  Okay.  Thank you.
14            When you say the tube, are -- do you
15  mean the -- the cable assembly?
16       A.   No.
17       Q.   Okay.  So...
18       A.   If -- if you could draw to the drawing,
19  I -- I can point it out quite a bit better.
20       Q.   Sure.  Did you have -- the -- the --
21  drawing model.  All right.  Let's see if we can do
22  that.  Can we go back up to the -- the top one and
23  let's just sort of move down.  And if you could tell
24  me where -- where to stop.
25       A.   Maybe just the -- yeah.  This is fine.
```

Page 43

```
1   So, if you look at the -- the seat section, so, the
2   top part --
3        Q.   Yeah.
4        A.   -- the arms -- so, the way that they
5   attach to the -- to the seat platform is there's
6   bolts that go through a pipe.  And then where that
7   pipe is, that was -- that was made with the larger
8   -- larger -- sorry -- a thicker wall on that pipe.
9   So, because that pipe became bigger with a -- a
10  larger outside diameter, then the tubing in the arms
11  was all increased to match.  And then because the
12  tubing is larger than the inside of that, so, the
13  tubing became bigger also.  That's where we used a
14  -- a -- a slightly thicker plastic coating.
15       Q.   Got you.  Okay.  So, did that alter any
16  aspect of the cable?
17       A.   The -- the only thing it did was made a
18  -- a slightly thicker plastic coating over the
19  cable.
20       Q.   Okay.  Okay.  All right.  And when did
21  this change take place?
22       A.   It would have been when we changed to a
23  new factory.  It's on your list there.  I don't
24  really recall the date.  I saw it -- I saw it
25  earlier.
```

Page 44

```
1        Q.   Would it have been before or after the
2   recall event, which was in August of 2020?
3        A.   Before.
4        Q.   Okay.  It would have been after the --
5   the events at issue here -- after the injury
6   occurred to Mr. Walker, which was in, I believe,
7   2018?
8        A.   Say that again.
9        Q.   It -- it was sometime between 2018 and
10  20 -- 2020?
11       A.   Yes.
12            MR. SPINELLI:  Okay.  Okay.  And can we
13  drop down so we can put on the record what page we
14  were looking at when we had that discussion?  That
15  -- that would have been page 6.  Okay.  Okay.
16  BY MR. SPINELLI:
17       Q.   So, with those changes that were
18  implemented did that generate any new blueprints?
19       A.   I would assume, yes.
20       Q.   Okay.
21       A.   But --
22       Q.   Go ahead.
23       A.   What I was -- I was going to say is we
24  started working with the new factory, which in
25  return they would have -- they would have created
```