```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       RICHMOND DIVISION

 3    -----------------------------------

 4    RICHARD WALKER,

 5          Plaintiff,

 6    v.                          CIVIL ACTION NO. 3:20-cv-773

 7    ALLIANCE OUTDOOR GROUP, INC.,
      and
 8    ALLIANCE OUTDOORS PRODUCTS, INC.,
      d/b/a X-STAND TREESTANDS,
 9
            Defendants.
10
      -----------------------------------
11

12

13

14
                    AUDIO-VISUAL VIDEOTAPED
15
                 DEPOSITION UPON ORAL EXAMINATION
16
                      OF NATHAN M. STIEREN,
17
              TAKEN ON BEHALF OF THE PLAINTIFF
18

19                    Unionville, Missouri

20                      August 31, 2021

21

22

23    ---------------------------------------------

24         KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                      Court Reporter
```

CONFIDENTIAL

EXHIBIT C

Page 41

```
1   beneath the protective layer; is that right?
2          MR. SUTTON: Objection to form.
3       A.   Well, just a general statement is, you
4   know, steel is a corroding part. The protective
5   cover is -- I don't know what material it's made,
6   but it's -- it's not made of steel.
7   BY MR. SPINELLI:
8       Q.   All right. And -- and the -- the steel
9   is -- is inside the -- the protective part; right?
10      A.   That's correct.
11      Q.   Okay. The treestand failed in this case
12  because of corrosion and fatigue; correct?
13         MR. SUTTON: Objection to form, assumes
14  facts not in evidence, and foundation. He just told
15  you he didn't know what -- what was going on. I
16  mean, come on.
17  BY MR. SPINELLI:
18      Q.   Do you need to have the question
19  repeated?
20      A.   Please.
21      Q.   Okay. The treestand failed in this case
22  because of corrosion and fatigue; correct?
23      A.   I don't know --
24         MR. SUTTON: Objection to form,
25  misstates --
```

Page 42

```
1       A.   I don't --
2          MR. SUTTON: -- misstates facts. Go
3   ahead.
4       A.   I don't know the details of the case. I
5   would just be speculating.
6   BY MR. SPINELLI:
7       Q.   Okay. You don't know whether pinch
8   points are created on the cable when you fold in the
9   wings of the stand; is that right?
10         MR. SUTTON: Objection to form.
11      A.   Yeah. Again I'm not really sure what --
12  what -- what you're asking.
13  BY MR. SPINELLI:
14      Q.   What were the differences between the
15  2015 and later models?
16      A.   I don't know the answer to that.
17         MR. SUTTON: Objection, foundation.
18  BY MR. SPINELLI:
19      Q.   You don't know who actually manufactured
20  the steel wire for the 2015 product?
21      A.   That's correct.
22      Q.   It's foreseeable from a design
23  perspective that someone might stumble and fall
24  against the upper stand; right?
25         MR. SUTTON: Objection to form and
```

Page 43

```
1   foundation.
2       A.   Yeah. I don't really know what context
3   you're putting that in. You're -- I would be
4   completely speculating by -- by answering that.
5   BY MR. SPINELLI:
6       Q.   But it's foreseeable that during the use
7   of the treestand one might stumble and fall against
8   the upper portion of the stand; right?
9          MR. SUTTON: Objection to form and
10  foundation.
11      A.   Again, I think the answer is the same.
12  You know, I -- I don't know anything about the
13  context of -- of the question. I -- you know, I'd
14  be -- I'd be completely speculating.
15  BY MR. SPINELLI:
16      Q.   Have you ever used the treestand at
17  issue in this case?
18      A.   You know, I don't remember. If -- if I
19  had it would have been many years ago, but I -- I
20  can't say one way or another.
21      Q.   Have you ever gone hunting with using a
22  two-part treestand before?
23         MR. SUTTON: Objection to form.
24      A.   You know, I don't think that I have, but
25  I don't know if I -- I don't know if I have or not
```

Page 44

```
1   actually went hunting with one.
2   BY MR. SPINELLI:
3       Q.   Have you ever gone hunting in a
4   treestand of any type?
5       A.   Yes.
6       Q.   Okay. When was that?
7       A.   I hunt -- I hunt every year. I -- so
8   maybe last fall would have been the last time.
9       Q.   What kind of treestand do you use?
10      A.   We mostly use box blinds and ladder
11  stands. And just sometimes I will go to an
12  outfitter and we just use, you know, whatever they
13  have. They'll have their own equipment.
14      Q.   Got you. Have you ever -- have you ever
15  stumbled or misplaced your foot while using any of
16  those treestands?
17      A.   Not that I can remember.
18      Q.   Okay. But it's -- it's -- it's
19  certainly possible for -- for that to happen; right?
20         MR. SUTTON: Objection to form.
21      Q.   It hasn't happened in your recollection,
22  but it's certainly possible that that could happen;
23  right?
24         MR. SUTTON: Objection to form and
25  foundation.
```