```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
 2                       Richmond Division

 3
     -----------------------------------
 4   RICHARD WALKER,

 5                  Plaintiff,          CIVIL ACTION NO.
                                           3:20-cv-773
 6   v.

 7   ALLIANCE OUTDOOR GROUP, INC., and
     ALLIANCE OUTDOORS PRODUCTS, INC.,
 8   d/b/a X-STAND TREESTANDS,

 9                  Defendants.
     -----------------------------------
10

11
                DEPOSITION UPON ORAL EXAMINATION
12                   OF ANTHONY OVERBAUGH,
               TAKEN ON BEHALF OF THE PLAINTIFF
13

14
                       Winchester, Virginia
15
                       September 16, 2021
16
```

**EXHIBIT E**

Page 37

1  MR. SUTTON: Objection, foundation. And to
2  form. No, AOG does not -- to my knowledge, AOG does
3  not own Sniper.
4  MR. KILDUFF: Okay.
5  MR. SUTTON: That's my understanding.
6  BY MR. KILDUFF:
7  Q. Let me just ask Mr. Overbaugh. What is
8  your understanding about Sniper?
9  A. I'd be speculating on who owns it.
10  Q. Okay. Are you familiar with the
11  manufacturer of -- who's actually the Chinese
12  manufacturer of the Silent Adrenaline tree stand?
13  A. I am -- I have some familiarity with some
14  of the manufacturers.
15  Q. Okay. We had been told that the
16  manufacturer of the tree stand from 2015 to 2017 was
17  Yangzhou -- Y-A-N-G-Z-H-O-U -- Chaorui -- C-H-A-O-R-U-I
18  -- Auto Parts Company, Ltd. Are you familiar with that
19  particular company?
20  A. I do not know that name. That name -- I
21  can't place that name.
22  Q. And that the current manufacturer, at least
23  for 2018 through 2020, was Yangzhou Superman Sporting
24  Equipment Company, Ltd. Do you know anything about
25  that particular company?

Page 38

1  A. The name Superman I know.
2  Q. But not just the Superman who's allergic to
3  Kryptonite, I suspect. You're familiar with the
4  company?
5  A. It's just an easy name to remember.
6  Q. I gotcha.
7  Have you had any dealings yourself with
8  either one of those two companies? That you -- that
9  you remember.
10  A. I have been to the Superman factory.
11  Q. Okay. Were you -- did you go to them while
12  you were with AOG?
13  A. Yes.
14  Q. Do you remember the occasion for going
15  there?
16  A. We were -- we were working on something. I
17  can't recall exactly.
18  Q. But you don't recall ever visiting the
19  other one I mentioned, Yangzhou Chaorui Auto Parts
20  Company?
21  A. I'm saying I don't know the name. I
22  visited factories that I didn't particularly know their
23  name.
24  Q. Okay. Let me ask about that in terms of
25  when you were -- when you owned the company X-Stand.

Page 39

1  What was your practice about going to China to visit
2  the factories?
3  A. Can you be a little more specific?
4  Q. Yeah. I mean what would lead you to go to
5  China to go to a factory?
6  A. Usually -- usually there would be a lot of
7  different reasons that you would go visit your
8  manufacturer. Some would be to do quality control
9  checks yourself and make sure that everything you're
10  bringing is up to your specifications. Sometimes it
11  would be to observe testing. Sometimes it would be to
12  work prototyping new models. Work directly with the
13  engineers face to face. There's a hundred different
14  reasons why you would go to your factory.
15  Q. But is it fair to say you don't recall
16  going to -- do you recall going to factories -- whether
17  you recall the name or not, do you recall going to
18  factories in China regarding the manufacture of the
19  Silent Adrenaline or Apache climber models?
20  A. I don't recall specifically going to see
21  any of those stands as a direct reason for going. I
22  don't recall that.
23  Q. Let me ask you this: Do you recall -- I
24  know you don't have a lot of recollection of the design
25  of the Silent Adrenaline, but do you recall any changes

Page 40

1  made to the design of the Silent Adrenaline during the
2  period of time you were involved with AOG?
3  A. The main thing I recall was the addition of
4  some tether straps. There was two tether straps that I
5  used on previous models and I knew they worked well so
6  I -- I had them added to this model.
7  Q. Okay. And was that -- when was that done?
8  Was that done initially when the product was first
9  produced or after it had been on line for awhile?
10  A. I could not recall when it was done.
11  Q. Okay. Do you recall if there was ever any
12  change in the design or type of cable that was being
13  used on the Silent Adrenaline or Apache?
14  A. I don't recall any changes to that.
15  Q. You don't recall any changes to that?
16  A. No, I don't recall any.
17  Q. And when you say that, I just want to
18  clarify, does that mean there may have been but you
19  don't recall or you believe that no changes were made?
20  A. I would be speculating either way.
21  Q. Okay. Well, let me ask you this: If
22  changes were made in the cable and you are the product
23  development person, would they have come through you?
24  Would you have known about it? I'm not saying you
25  remember now, but would it have been something that you