EXHIBIT
I

