

Walker v. Alliance Outdoor Group, Inc. et al.
Case No. 3:20-cv-00773
AOC000427





Walker v. ... Outdoor Group, Inc. et al.
Case No. 3:20-cv-00773
AOC000428