**Eader, Melonnie J.**

| | |
|---|---|
| **From:** | Pierce FollansbeeDelong <pierce@outdoorgroup.org> |
| **Sent:** | Friday, July 30, 2021 12:40 PM |
| **To:** | Sutton, Barry B.; Reilly, Jessica D.; Eader, Melonnie J. |
| **Subject:** | Walker Photos - Mike Wood  FW: X stand deluxe |
| **Attachments:** | 20201003_161058.jpg; 20201003_161055.jpg |

**[External Message]**



**From:** X-Stand Treestands Sales <sales@x-stand.com>
**Sent:** Wednesday, October 7, 2020 9:48 AM
**To:** Pierce FollansbeeDelong <pierce@outdoorgroup.org>
**Subject:** FW: X stand deluxe

He would like a manager to call or email him.
Thanks,

 

KATRINA TRCKA
21673 CEDAR AVE S · LAKEVILLE, MN 55044 · 952-283-0777

  

**From:** Mike Wood <woodmike0087@gmail.com>
**Sent:** Monday, October 5, 2020 8:25 AM
**To:** X-Stand Treestands Sales <sales@x-stand.com>
**Subject:** X stand deluxe

I bought a stand of yours 2 years ago from sportsmansguide.com I've used it maybe a dozen times probably less, I went to use it sat night I got 15 feet up in a tree went to sit down and climb up with my feet and the strap broke and the top part of the stand fell to the ground and my feet got stuck in the foot straps while I was ha ging upside down and backwards hugging the tree, i was able to lift myself up to the platform get pressure of my feet enough to free them and flip right side up nd fall to the ground, my tendons and ligaments are stretched throughout my ankles calves muscles and knees are in so much pain I cant even walk. Most hunters I know would be completely unable to do what i did to free myself. I expect it to be made right one way or another I'm attaching my pics from my view from the ground when I got down

Michael wood



EXHIBIT
L

Walker v. Alliance Outdoor Group, Inc. et al.
Case No. 3:20-cv-00773
AOC000433