# EPIDEMIOLOGIC INVESTIGATION REPORT

| 1. Task Number | 2. Investigator's ID |
|---|---|
| 201113CCC2093 | 2766 |

| 3. Office Code | 4. Date of Accident YR MO DAY | 5. Date Initiated YR MO DAY |
|---|---|---|
| 800 | 2020 10 12 | 2020 11 17 |

**6. Synopsis of Accident or Complaint    UPC**

The 30 year-old consumer was setting up his climbing tree stand in a tree in preparation for hunting when cables in the wrap-around support for the treestand broke and caused him to fall approximately 20 feet out of the tree to the ground. The consumer broke his left femer and left arm as a result of the fall.

| 7. Location (Home, School, etc) | 8. City | 9. State |
|---|---|---|
| 0 - UNKNOWN | UNKNOWN | GA |

| 10A. First Product | 10B. Trade/Brand Name | 10C. Model Number |
|---|---|---|
| 1895 - TREE STANDS (HUNTING | X-STAND | X-SCAPE CLIMBIN |

**10D. Manufacturer Name and Address**
ALLIANCE OUTDOOR PRODUCTS, INC.
21673 CEDAR AVE
LAKEVILLE, MN  55044

| 11A. Second Product | 11B. Trade/Brand Name | 11C. Model Number |
|---|---|---|
| 0 | NONE | NONE |

**11D. Manufacturer Name and Address**
NONE

| 12A. Hispanic or Latino | 12B. Race  1 - White | 12C. Race Source |
|---|---|---|
| 2 - No | Other: | 1 - Respondent-Self/Fa |

| 13. Age of Victim | 14. Sex | 15. Disposition | 16. Injury Diagnosis |
|---|---|---|---|
| 30 | 1 - Male | 1 - Injured (with or withou | 57 - Fracture |

| 17. Body Part(s) Involved | 18. Respondent | 19. Type of Investigation | 20. Time Spent (Operational / Travel) |
|---|---|---|---|
| 81 - UPPER LEG | 1 - Victim/Complainant | 2 - Telephone | 14.50 / 0.00 |

| 21. Attachment(s) | 22. Case Source | 23. Sample Collection Number |
|---|---|---|
| 9 - Multiple Attachments | 07 - Consumer Complaint | |

**24. Permission to Disclose Name (Non NEISS Cases Only)**

○ Yes    ○ No    ● Yes for Manuf. Only    ● Verbal    ○ Written

| 25. Review Date | 26. Reviewed By | 27. Regional Office Director |
|---|---|---|
| 12/21/2020 | 4440 | Beverly J. Kohen |

| 28. Distribution | 29. Source Document Number |
|---|---|
| Melvyn R. Altman | I20B0163A |

**EXHIBIT N**

CPSC FORM 182 (01/2011)

Walker v. Alliance Outdoor Group, Inc. et al.    OMB No. 3041-0029
Case No. 3:20-cv-00773
AOC000346

201113CCC2093 Page 1 of 2

This investigation was initiated based on a consumer complaint that was submitted to the Commission via the public website on November 10, 2020. The consumer reported that on October 12, 2020, he fell to the ground and broke his left femur and left arm when the cable that held his tree stand to a tree broke. The information contained in this report was obtained during a brief phone conversation with the consumer on November 17, 2020 and is limited. The consumer also had provided some photographs with his initial report to the Commission (Exhibit 2). The consumer indicated he had retained an attorney in regards to the incident but did not provide contact info for his attorney. This Investigator also requested the consumer provide additional photographs of the incident unit tree stand and other information via email, including but not limited to, a copy of his order confirmation, any manufacturer/retailer notifications about the tree stand, the product manual and medical records. At the time of this report, the consumer has not provided any of this requested information and has not responded to follow-up contact attempts. A Status of Missing Documents Form has been added for these items (Exhibit 3).

The 30 year-old consumer in this case purchased the incident unit climbing tree stand from an online retailer on August 28, 2018. The consumer indicated in the original online complaint he purchased the unit directly from an online retailer. However, during the phone call with the consumer, he indicated he subsequently received a notification related to the tree stand from another major online retailer who may have an online marketplace used by the retailer he identified in the original complaint. The consumer did not provide documentation to show which website was actually used to purchase the tree stand and he did not recall during the phone call the exact amount he paid for the unit.

The consumer stated he was an experienced hunter and had used a number of different tree stands throughout his time hunting. Although the consumer indicated he purchased the tree stand in 2018, he stated he did not use it until 2019 and even then he only used it about five times all year. The consumer stated he did not keep the tree stand in a tree for an extended time and he only set it up and put it in a tree when it was being used. When not in use, the consumer stated he stored the tree stand inside his garage. The consumer explained the back of the tree stand that wraps around the tree has two metal cables in the support but he stated they have a cover over them which made it so they could not be inspected for rust. Prior to the incident the consumer stated he never noted any signs of rust or damage to the tree stand.

In 2020, the consumer stated he was able to use his tree stand more frequently. He estimated he used the tree stand approximately 20 times in 2020 without incident. On October 12, 2020, the consumer stated he was out to hunt and found a tree to set the tree stand up in. The consumer indicated he was approximately 20ft. up in a tree when the incident occurred while he was setting it up. The consumer stated while facing the tree, he first locked in the top of the tree stand and put his weight on top before picking his feet up to adjust the rest of the unit when it suddenly snapped off the tree and he fell to the ground. The consumer stated he was hunting alone but another hunter in the area heard him and was able to assist him getting medical attention. It is unknown if the victim was transported to the medical facility via private motor vehicle or ambulance.

201113CCC2093 Page 2 of 2

The consumer indicated he broke his left arm and his left femur as a result of the fall. Photographs submitted by the consumer in the original complaint shows some of his injuries and x-rays which were taken (Exhibit 2). It is unknown if the consumer was using any kind of safety harness when the incident occurred.

Following the incident the consumer did not have any contact with the manufacturer or retailer to notify them of the incident but he did indicate he has since retained an attorney for the matter. The consumer also noted he subsequently received a notification from a major online retailer about a recall involving tree stands from this manufacturer. The recall did not include the consumer's model but he felt the issue noted with the recalled units was similar to what happened to him.

The consumer in this case verbally authorized the release of his name to the manufacturer only.

## PRODUCT IDENTIFICATION

Product……………………...X-Scape Climbing Treestand

Brand Name…………………..X-Stand Treestands

Model Number……………….Unknown

Serial Number……………….7X0418

Date of Manufacture………..2018

Manufacturer…………….......Alliance Outdoor Products, Inc.
21673 Cedar Avenue
Lakeville, MN 55044

Mfg. Location……………....Unknown

Retailer……………………...Unknown ( ▇▇▇▇ or ▇▇▇▇ )

## EXHIBITS

#1.  Contact Sheet (1 page)
#2.  Photos from Consumer (5 pages, 4 photos) - CONFIDENTIAL EXCLUDED
#3.  Status of Missing Documents Form (1 page)

201113CCC2093	Exhibit 1	Page 1 of 1

# CONTACT INFORMATION

**Jesse Jones (consumer/victim)**
196 Commodore Drive NW*
Milledgeville, GA 31061
D.O.B.: ▇▇▇0
(478)363-2555
Jessebjones29@gmail.com
Telephone: 11/17/2020

*Note:  Victim did not provide location of where incident occurred.*

▇▇▇▇▇▇▇*
**Alliance Outdoors Products, Inc.**
21673 Cedar Avenue
Lakeville, MN 55044

*\*Note:  The manufacturer was not contacted by the consumer or this investigator but they did send a response letter to the Commission in response to their notification of the original incident report by the consumer. The correspondence from the manufacturer identified the style of treestand listed in the Product Identification.*



# U.S. Consumer Product Safety Commission

Task Number: ___201113CCC2093_____

Date: ___12/21/2020_____

## Status of Missing Document(s)

The official records below were requested for this investigation report, but could not be obtained:

1. ____Order confirmation from consumer_____

2. ___Additional photos from consumer_____

3. ____Manufacturer/Retailer product notifications_____

4. ____Victim's medical records_____

5. _____Product manual from consumer_____

6. _____

Walker v. Alliance Outdoor Group, Inc. et al.
Case No. 3:20-cv-00773
AOC000350